Stephen Montoya (#011791)
**Montoya, Jimenez, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio, et al.,<br><br>Defendants. | No. CV 15-01132-PHX-NVW<br><br>**PLAINTIFFS' PROPOSED THIRD AMENDED COMPLAINT** |

Pursuant to this Court's Order of July 18, 2016, Clerk's Docket No. 89, Plaintiffs submit the following proposed <u>Third Amended Complaint</u>, which is attached hereto as Exhibit A in "red-line" version.

Respectfully submitted this 25th day of July 2016.

**MONTOYA, JIMENEZ, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

1  I hereby certify that on July 25, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

2

3

4  Jeffrey S. Leonard
   Sacks Tierney, P.A.
5  4250 North Drinkwater Blvd., 4th Floor
   Scottsdale, Arizona 85251
6  Attorneys for Defendants

7

8

9  _/s/ Stephen Montoya_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28