# Exhibit 9

# DECLARATION OF SHAWN STEINBERG

Shawn Steinberg (MacMillan) states as follows:

1. I am an Assistant Attorney General in the office of the Arizona Attorney General. In the summer and fall of 2014, I was a Deputy Maricopa County Attorney, serving as a prosecutor in the office of the Maricopa County Attorney ("MCAO"). I have personal knowledge of the matters stated in this Declaration.

2. I was one of the MCAO prosecutors assigned to review the file of the Maricopa County Sheriff's Office ("MCSO") in connection with the death of a number of dogs at the Green Acre dog boarding facility in Gilbert, Arizona, in June of 2014, and I participated in the decision making process to present the matter to the Maricopa County Grand Jury.

3. I reviewed the MCSO file, and was (and am) aware of no relevant information that was withheld from the MCSO file, including the Salt River Project data concerning electrical usage at the property.

4. In conjunction with my supervisors it was our determination that the evidence met MCAO's charging standard that there would be a reasonable likelihood of conviction as to Jesse Todd Hughes, MaLeisa Hughes, Austin Flake, and Logan Flake, and that the evidence supported presentation to the grand jury, and the case was presented to the grand jury in accordance with that standard.

5. I was not pressured by MCSO to prosecute, and was not misled by MCSO as to the facts and evidence, and the decision to present the case to the grand jury was the result of the independent judgment exercised by my supervisors and I on behalf of MCAO.

6. I presented the case to the grand jury in accordance with the applicable MCAO charging standard. The grand jury subsequently returned a true bill of indictment.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED January 25, 2017.

Shawn Steinberg (MacMillan)

1641683.v1