**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-15-01132-PHX-NVW**          DATE: 12/4/2017

Austin Flake, et al
    Plaintiffs
vs.
Joseph M. Arpaio, et al
    Defendants

===============================================================================

HON: Senior Judge Neil V. Wake

Rebekka Walder      Laurie Adams
Deputy Clerk         Court Reporter

**APPEARANCES:**

Stephen Montoya and Richard Trujillo on behalf of Plaintiffs
Evan Hiller and Jeffrey Leonard on behalf of Defendants

===============================================================================

**PROCEEDINGS:**   **X** Open Court   ____ Chambers   ____ Other

Matter comes before the Court for Status Conference regarding Jury Trial.

Discussion held regarding Voir Dire, trial schedule, and jury instructions. The Court advises that jury instructions will be further revised and sent to the parties for review, to be discussed prior to the start of the Jury Trial on December 5, 2017.  3:58 p.m. Recess.

4:10 p.m. Reconvene. The parties discuss Plaintiffs' objections to Defendants' Exhibit 30. The Court directs Defendants to limit and redact Exhibit 30 as stated on the record or the exhibit will be excluded in its entirety. Discussion held regarding witnesses. The parties are directed to appear ready for trial at 8:30 a.m. on December 5, 2017.

4:31 p.m. Hearing adjourned.

Status Conference: 1hr 55 mins
Start: 2:33 PM
Stop: 4:31 PM