FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 15 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio, in his official capacity as Sheriff of the Maricopa County Sheriff's Office, and in his personal capacity along with his wife Ava J. Arpaio; Maricopa County, a political subdivision of the State of Arizona,<br><br>Defendants. | No. CV-15-01132-PHX-NVW<br><br>**JURY VERDICT FORM**<br><br>**(REDACTED)** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake, husband and wife,<br><br>             Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio, in his official capacity as Sheriff of the Maricopa County Sheriff's Office, and in his personal capacity along with his wife Ava J. Arpaio; Maricopa County, a political subdivision of the State of Arizona,<br><br>             Defendants. | No. CV-15-01132-PHX-NVW<br><br>**VERDICT FORM** |

We the Jury, duly empaneled and sworn, find on Plaintiffs' claim for malicious prosecution:

    __ in favor of Plaintiffs and award damages:

        to Plaintiff Austin Flake in the amount of $_____

        and to Plaintiff Logan Brown in the amount of $_____

OR

    X in favor of Defendants Joseph and Ava Arpaio and Defendant Maricopa County.

12-14-17                          [signature]      #6
DATE                               Presiding Juror Signature and Number