1    **UNITED STATES DISTRICT COURT**

2    **FOR THE DISTRICT OF ARIZONA**
_____

3

4    **Austin Flake and Logan Flake,** )
                              )    No. **CV 15-1132-PHX-NVW**
5              Plaintiffs,    )
                              )
6         vs.                 )    Phoenix, Arizona
                              )    December 14, 2017
7    **Joseph Michael Arpaio,**    )    2:00 p.m.
     **et al.,**                   )
8                             )
              Defendants.     )
9    _____ )

10

11        BEFORE:  THE HONORABLE NEIL V. WAKE, JUDGE

12        REPORTER'S TRANSCRIPT OF PROCEEDINGS-PARTIAL

13                  (*Closing Arguments*)

     **APPEARANCES:**
14   For the Plaintiffs:
             MONTOYA LUCERO & PASTOR PA
15           By:  **Stephen G. Montoya, Esq.**
             By:  **Richard J. Trujillo, Esq.**
16           3200 North Central Avenue, Suite 2550
             Phoenix, Arizona 85012
17
     For the Defendants:
18           SACKS TIERNEY PA
             By:  **Jeffrey S. Leonard, Esq.**
19           By:  **Evan F. Hiller, Esq.**
             4250 North Drinkwater Boulevard, 4th Floor
20           Scottsdale, Arizona 85251

21   Official Court Reporter:
     Laurie A. Adams, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Suite 312
     401 West Washington Street, Spc 43
23   Phoenix, Arizona 85003-2151
     (602) 322-7256

24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription

**I N D E X**

**CLOSING ARGUMENT**                                          **PAGE**

By Mr. Montoya                                                3
By Mr. Leonard                                                39
By Mr. Montoya                                                64

E X C E R P T E D   P R O C E E D I N G S

1   THE COURT:  All right.  The plaintiffs may make their

2   opening statement -- I mean closing argument.

3   MR. MONTOYA:  Thank you.

4   The greatest thing about our country, the greatest   02:00PM

5   thing, in my opinion, about being an American, the thing that

6   makes us lucky is that in America, to a certain extent, we can

7   sue our government when our government violates our rights.

8   I know all you folks watch the news.  And we hear

9   about other countries all over the place, and most of those   02:00PM

10  countries do not have that right.  And that right is the

11  foundation for every other right.  We have free speech.  But if

12  the government can take away our free speech with impunity,

13  what good is that right.  I tell you, there are a lot of big

14  businesses in America.  None of them are as big as government.   02:01PM

15  Government is the biggest power that we face in America.  And

16  our ability to hold our government to account is all we have to

17  maintain our freedom.

18  And praise God that we're here today considering this

19  issue that we have this Court, that symbol, that allows us to   02:01PM

20  challenge government action.  And notice how we're not

21  challenging it before a government official, and that I'm

22  looking at you, and this time the judge is saying I can,

23  because you are in charge.  That's the beauty of our

24  government.  And it's your duty to protect that.  Remember   02:02PM

1  that.

2        You know, this case is really compelling.  It's really

3  interesting because it's easier to explain this case by

4  thinking about what it's not about instead of what it is about.

5  Let's talk about what this case is not about.  Based on the          02:02PM

6  evidence, and I will be specific, this case is not about, even

7  though you heard Sheriff Arpaio, that's how we began, failure

8  to provide food, water, shelter.  It's not about Logan and

9  Austin's failure to provide those dogs food or water.  You

10 heard Detective Trombi.  I asked her flat out, are you saying    02:02PM

11 they failed to provide the dogs food?  No.  I'm not saying

12 that.  Asked Steinberg, are you accusing them of failing to

13 provide the dogs water?  No, we're not saying that.  Our 21

14 felony charges are not saying that.  It's not about failure to

15 provide food.  It's not about failure to provide water.         02:03PM

16        Another thing that the two law enforcement officials,

17 both county employees, Steinberg was a county attorney when

18 this went down.  Remember, Trombi is still a county employee.

19 Arpaio was a county employee at the time as well.  Steinberg

20 also testified, like Trombi did before her, Arpaio didn't        02:03PM

21 really have a clue other than talking to the press.  Remember

22 when I asked Trombi, are you blaming Logan and Austin for the

23 air conditioning system at her parents' house?  She said, oh,

24 no.  I'm not blaming them for that.  I asked Steinberg the same

25 thing:  Are you blaming these young people?  They are kids to     02:04PM

me, because I am 57.  Are you blaming these young people for

their parents' air conditioning, their in-laws' air

conditioning?  No.  For the alleged lack of ventilation?  No.

So it's not about food.  It's not about water.  It's not about

the A/C system.  It's not about the lack of ventilation.  They                    02:04PM

have admitted that.  You remember that.  Both of the law

enforcement officers who actually have knowledge of the case

admitted all those things.

   Another thing that this case is not about, and I tell

you, the defense really wanted to make it about that.  The                         02:05PM

defense really hammered, every chance they could by innuendo

and other types of smears, Logan's parents.  And I might have

irritated you when I objected all the time.  And sometimes we

went before the judge and we were whispering over there and you

could see us arguing.  And I was watching you watch us argue.                      02:05PM

And when I was watching you watch us argue I was getting

concerned that you folks were going to believe that I was

trying to conceal something from you.

   And it's true.  I was.  I was trying to keep out from

evidence what Logan's parents did or didn't do.  And I will                        02:05PM

tell you why.  Because as the judge repeatedly stated over and

over again, this case is not about what Logan's parents did or

didn't do.  Because another thing that we have to be really

grateful about in this country is that guilt is individual.

You cannot be charged for something that somebody else did,                        02:06PM

1 guilt by association, family guilt, those are all principles

2 that are alien to our criminal justice system and it's your job

3 to keep it that way.

4     So the case isn't about failure to feed, failure to

5 water, failure to maintain an A/C, failure to maintain a proper   02:06PM

6 ventilation system, or what Austin and Logan's parents did or

7 didn't do. But I tell you, that's a pretty broad universe.

8 That's what this case is really about. It's about nothing.

9 That's why the judge has already ruled that there was no

10 probable cause that these folks be indicted for 21 felony   02:06PM

11 counts. That's another big nothing. The judge has concluded

12 that as a matter of law, that, in fact, there was no reasonable

13 basis for Trombi or Steinberg to even conclude that there was a

14 felony based on the facts of this case.

15     Because remember what Trombi and Steinberg also   02:07PM

16 testified to? Trombi, I asked her, and I had gone over this as

17 I reminded her in her deposition: Are you saying that Austin

18 and Logan intentionally hurt those 21 dogs including their own

19 dog Patrick, or Logan's own dog Patrick? Oh, no. I'm not

20 accusing them of that. Okay. Well, are you accusing them of   02:07PM

21 knowingly putting them in harm's way? For example, suppose you

22 are cruising down the highway, rush hour traffic over there on

23 17 or the 10, 5:00 or 4:30 it gets really bad, 5:30, whatever,

24 and you decide to let your dog out on to the highway. Well,

25 God, that's knowingly exposing an animal to a known danger   02:08PM

because you would have to be crazy to do that in that type of

traffic.

However, if you let your dog walk down a country road

and all of a sudden a jet comes speeding by at the speed of

light and runs over your pet, that's not knowingly putting your

pet in harm's way.  There was no basis to conclude that the

statute was violated.

One of the most appalling things that you heard in

this trial is Detective Trombi's remorseless, unrepentant

testimony.  Do you remember -- God, I hope you do -- when I

asked Detective Trombi, gee, can you indict someone for a

felony under the animal cruelty statute based on negligence?

No.  I don't know.  She said she didn't know.  I asked whether

or not she could predicate a felony indictment under the animal

cruelty statute based on recklessness.  She didn't know that,

either.  She's been in the animal cruelty unit for nine years.

She's recommending that a 20-year-old and a 21-year-old be

indicted for 21 felonies and she doesn't know that.  Do you

really believe that?

I tell you, Trombi's many things but she's not stupid.

She's not.  I think it's more likely that she's dishonest than

she's that stupid not to have read the statute not to know what

the statute that she uses to destroy people's lives means.

Come on.  That's reckless.  That's crazy.  It's her job to know

that.

Remember Trombi also testified to you that she can't be wrong.  She testified to that at her deposition, as I reminded her.  She can't be wrong because her job is too important.  Like for example suppose you are a sniper and you are trying to take out a bank robber who is amongst a bunch of innocent people.  The sniper can't be wrong because otherwise the sniper is going to shoot down an innocent person.  That's also true for a detective.  The detective cannot be wrong.

Remember when Sheriff Joe testified, oh, I'm sure that my detectives consulted with attorneys during the investigation.  He said that several times.  And I asked him quizzically, maybe dramatically hoping you would remember right now, asked him quizzically, are you sure?  He says oh, yeah, I'm sure.  Then when I asked Trombi that, no, I never consulted with an attorney before my recommendation of 21 felony counts.  First time I spoke to an attorney was after I made the recommendation when I hand-walked it to the county attorney's office.  She hand-walked her 21 felony count recommendation to the county attorney's office.

So even though there was no urgency to filing these charges, there's never been any testimony that we must file them quickly because of some legal requirement or some factual requirement.  She didn't even seek any legal advice but yet she can't tell you whether or not negligence is enough.

And I will talk about this later.  But the judge has

already -- part of the judge's instructions regarding probable

cause is that negligence, recklessness, imprudence is not

enough for a felony.  Trombi didn't even know that.  When the

judge asked her, why wasn't this an accident, I remember what

Trombi testified:  I don't know.  Steinberg and Trombi both 02:12PM

testified that even though they weren't responsible for failure

to feed, failure to water, failure to maintain A/C ventilation,

here's what they were responsible for:  They knowingly put the

dogs in the dog room.  And because it was so small it was

inherently dangerous as a matter of common sense.  There's no 02:13PM

reason behind that.  Honestly, that is crazy.  And that is also

wrong for a detective or a county attorney to say in support of

a 21-count felony indictment.  Because guess what?  Steinberg

was a little bit hazy on this.  When I asked her, where do

these laws come from?  I had to ask her several questions 02:13PM

before she finally admitted that it's the legislature that

writes the law.

       Now, Your Honor, may I pull the --

       THE COURT:  You may.

       MR. MONTOYA:  I'd like help.  Where should I stop? 02:14PM

       THE COURT:  Put it where everybody can see it.

       MR. MONTOYA:  Now, we've gone through this many times.

I will try to be brief.  Necessary shelter.  The judge says,

hey, in order to be guilty of a felony, you must knowingly put

a dog in harm's way in reference to their shelter.  Here's the 02:15PM

most obvious case about that that you might have heard on the

news.  When it's swelteringly hot in Phoenix like 117,

sometimes it gets, and you have a horse outside who doesn't

have any shade, that can really hammer an animal.  That's

failure to provide an animal shelter.  When it's -- suppose you  02:15PM

live up in the mountains of Flagstaff and you are in a blizzard

and you leave your dog outside without any shelter to freeze,

that's -- anyone would know not to do that.  Anyone would know

that's putting your dog in harm's way, leaving your horse in

harm's way.  That much makes sense.  02:16PM

        But hey, listen, the testimony is unequivocal and

undisputed that Logan's parents put those dogs, put dogs in

that dog room, for about two years before Logan an Austin took

over on June 14th.  There's no evidence that any of those dogs

were harmed during that time.  And remember what the case is  02:16PM

not about.  It's not about the A/C or ventilation.  So if

something works for two years, how could someone knowingly be

putting the dogs in harm's way by putting them in the dog room?

There's nothing to that.  That belief is just crazy.  Is that

negligent or reckless?  Who knows.  Who cares.  It's  02:16PM

irrelevant.  Like the judge's instructions direct you, you need

knowing or intent.  You have to intend to hurt the dogs or put

them in harm's way knowingly to be guilty of a felony.

Everyone admits that didn't happen in this case.

        Do you remember when I asked Trombi, once again, do  02:17PM

1  you think they meant to hurt -- they knew that the dogs would

2  be hurt by putting them in there?  No, I don't think that.  How

3  could she deny that?  They put them in there and they were fine

4  on the 14th, 15th, 16th, 17th, 18th, 19th, and then the

5  tragedy, the accidental tragedy, that transpired sometime the          02:17PM

6  morning of the 20th.  There is no evidence that my clients even

7  came close to violating that statute.

8          But so that's what's missing.  But let's talk about

9  what is present.  You know, Sheriff Arpaio, when I asked him

10  whether he was seeking publicity, that is the only way to           02:18PM

11  explain his behavior in this case from the very beginning, from

12  the very beginning.  Dogs die on Friday the 20th.  Boy, I will

13  tell you, Monday he's already before the press.  There has been

14  no investigation of that's been completed, and the only

15  investigation that there was took place the 21st.  Then we have    02:18PM

16  the press announcement that the Maricopa County Sheriff's

17  Office say it's a tragic accident.  That was what they said.

18  There was no evidence to the contrary.

19          But yet Sheriff Joe is in front of the cameras on the

20  23rd.  And what's he doing?  Even though he said, remember he      02:19PM

21  swore, and this is why you should not believe him.  Do not

22  believe Sheriff Arpaio because he repeatedly and demonstrably

23  lied to you right from the get-go.  Did you have a press

24  conference the 23rd, I asked him?  Oh, no.  No.  Didn't do it.

25  Are you sure?  Yes, I'm sure.  Then I had these pictures that I    02:19PM

1  showed him.

2         Permission.  Admitted into evidence.

3         THE COURT:  You don't need permission.

4         MR. MONTOYA:  Understood.

5         Remember those?  Those were first up.  And there he is   02:19PM

6  pictured, holding, of all things, pictures of the dead dogs,

7  paging through them.  "Photos of the dogs found dead" reads the

8  caption on the 23rd.

9         Now, I tell you, what is the best way to inflame

10  people?  What is the best way to get attention?  Parade        02:20PM

11  pictures of dead animals.  Think of what attention a law

12  enforcement officer would get if he held a press conference

13  holding pictures of a bunch of dead bodies, human bodies.

14  People would be aghast.  It would be outrageous.  But because

15  they were only dogs, somehow it wasn't as bad.  I think it was   02:20PM

16  very bad.  I will tell you one thing.  It unequivocally

17  demonstrates that he was doing it for attention.  Because

18  otherwise, if he's not doing it for attention, and as he

19  claimed falsely, oh, I just wanted to inform the public.

20  Here's how you inform the public:  Hey, listen, 21 dogs died    02:21PM

21  out in Gilbert.  We started our investigation on Saturday, the

22  21st, and we're going to continue it.  Because our

23  investigation is, at this early juncture, incomplete I don't

24  have a lot to report to you folks.  We're going to try to

25  complete our investigation promptly.  And when we do, if         02:21PM

appropriate, we'll let you know.  That's what would have been
appropriate for a legitimate public communication from the
sheriff.  That's not what he did.  What did he do?  He showed
the pictures of the dogs.  That is inflammatory.

    And he simultaneously -- first of all, his own news
release contradicts his sworn testimony to you.  He held a
press conference.  He denied it under oath.  Even though, Lord
knows, I didn't write that.  My name's not on it.  That's what
Arpaio said, that he had a press conference, yet he denied it
to you at the beginning of his testimony.  And I will tell you
the reason why he denied it, because his real purpose in taking
such a great interest in this case was to attract publicity to
himself like he denied.  But remember, a federal judge actually
had a trial, a mini-trial, regarding whether or not Sheriff Joe
did things for purposes of publicity, and the judge found him
guilty.  So I'm not the only one saying that.  Judge Murray
Snow said that.  And Sheriff Joe had the right to be heard in
that case just like he did in this case.

    You know, another thing about Sheriff Joe, notice how
he doesn't take responsibility for his acts.  Even though he
got in front of the press and said all kinds of things, he
didn't want to take any responsibility.  Even though he claimed
rhetorically the buck stopped with him, he took no
responsibility.  He never apologized to these kids.  And yes,
do see him right now?  He's being sued.  Where is he?  He will

02:21PM
02:22PM
02:22PM
02:23PM
02:23PM

1    not come and show his face before this jury because he doesn't

2    care.  He doesn't have the courage to come back.  Once he got

3    off the witness stand he left the courtroom, and you haven't

4    seen him since.  That shows that he doesn't care, that he

5    doesn't accept responsibility.  His testimony was certainly          02:23PM

6    remorseless in addition to being false.

7         Look, June 23rd, not even two days, not even three

8    days after the dogs died, he's already saying that the

9    caretakers' version of what they died of is highly suspect.

10   And what is he doing?  The animals were being overseen by their    02:24PM

11   relatives, Logan and Austin Flake.  Then the evidence showed

12   that right after the name was released, the Flake name was

13   released, the case mushroomed into the media.  Of course it's

14   going to mushroom in the media when you have Sheriff Arpaio,

15   who is a national and international celebrity, parading            02:24PM

16   pictures of dead dogs to the press.  Of course the media is

17   going to pick up on it.  This shows that Sheriff Joe was doing

18   this for purposes of publicity.

19        Now, what else did Sheriff Joe do?  You know, I will

20   go through them quickly.  This isn't the only press conference    02:25PM

21   he had.  And this is Exhibit 4.  You will have it in the jury

22   room.  But also, remember he sent out a government helicopter

23   to search for Valor, the dog that ran away?  That's a

24   publicity.  A government, a police helicopter searching for a

25   missing dog?  When have you ever heard of that before?  And he    02:25PM

bragged about it.  Launched his helicopter to aid ground

search.  So not only did he do it, he could say, oh, I just

love dogs a lot.  What did you do to help physically?  Nothing.

Sent a helicopter out and bragged about it in the news.  And he

also brags that he's going to attend a Saturday vigil for the          02:26PM

deceased dogs.  Law enforcement officers are supposed to be

neutral, but yet he's reaching out to these dog owners for

purposes of publicity like he was accused of by his executive

chief.

        Then what does he do?  Exhibit Number 5, this is the          02:26PM

press release he released on July 9th when Sheriff Joe went to

the Hugheses' home for the execution of the search warrant.

And remember Trombi testified that when she saw Sheriff Joe at

the Hugheses' home during the execution of the search warrant

she didn't see him do anything other than talking to the press.      02:26PM

He didn't do any law enforcement work.  I asked him what were

you doing there besides talking to the press?  He said

supporting my people.  Come on.  Supporting them how?  How do

you support your people if all you do is talk to the press?  I

know how to support people.  I have people I work with.  I will      02:27PM

tell you how I support them, elbow to elbow, working with them.

That's how your bosses probably support you, by working with

you side by side, helping you, watching you do your job.  How

do you support somebody by talking to the press?  You don't.

        But yet, first news on this.  Would this have made           02:27PM

news?  Yeah.  First news is it was a tragic accident.  And
let's talk about that, because the defense focused upon that a
lot.  Hey, guess what?  Do we deny that this would have
attracted public attention even without Sheriff Joe?  Of course
not.  21 dogs died.  Their owners were hurt.  Their owners
wanted it investigated.  Would have there been publicity?  Yes.
That's like saying, hey, would there have been a fire if I
decided to start my backyard barbecue?  Yeah.  However, if
somebody dumped it over and poured fire over it, it's going to
be a much bigger fire.  And that's what happened in this case.
Would there have been publicity?  Sure.  Would it have died
down but for Sheriff Joe releasing a bunch of press releases
including pictures of the dead dogs?  It would have died down.
I will tell you why it didn't die down, because Sheriff Joe
wouldn't let it die down, and then these kids were indicted.

        22 minutes.  September 9th, 2014.  What did Sheriff
Joe do?  Even though he wasn't doing it for purposes of
publicity, he claims, he gets before the press.  It makes state
news, national news, then international news.  Quote, "We're
recommending to the county attorney that 21 felony charges be
pursued against the four suspects in this investigation."  This
is the film that I started the case with.  Sheriff Joe says,
"I'm very confident that we have the proper evidence.  And I
will tell you what, there is a law.  Anyone knowingly or
intentionally, and I'm going to give you the crux of this case,

that neglects, you know, animal cruelty. And the key here is the failure to provide, food, water, and shelter." He gets up and he speaks to the press for 22 minutes, says that he has the proper evidence that my clients have perpetrated 21 serious felonies. But yet when I ask him for one fact after years, one fact that supported his claim that he was very confident, quote unquote, that he had the proper evidence, quote, unquote, that my clients had perpetrated 21 felonies, he had nothing. That didn't -- and how do you communicate? He says, oh, I was trying to inform the public. Yeah. He was trying to inform the public. He was trying to inform the public of something that would create a lot of attention. He wasn't trying to give them factual information about what my clients did wrong because he never gave them anything specific. And even though everyone admitted that the case wasn't about food, water, or air conditioning, that's what he talked about.

So the evidence demonstrates that Sheriff Joe was in it for the publicity. That's further evidenced by what happened when the case was dismissed. When the case was dismissed, what did Sheriff Joe do? Once again, that was the short video that you saw after the charges had been dismissed. What did he do? He got up before the cameras again and he said that he was confident the case would be re-filed. That shows that he had a commitment to prosecute this case even after the county attorney threw it out. That also shows that he could

not resist taking every opportunity that he possibly could to

derive publicity from this case on the backs of my clients.

That's not what a law enforcement officer is supposed to do.

That's not stopping crime or investigating crime.  That's

actually just inflaming the public regarding two individuals          02:32PM

that he doesn't have any evidence regarding, two people that

not only are innocent because there's a presumption of

innocence, but the judge has also ruled there was no probable

cause as a matter of law.  And guess what?  He's not the first

one to conclude that effectively or in fact, because that's          02:32PM

what Bill Montgomery also concluded.

So Sheriff Arpaio, his emotional energy launched this

case.  And it went as far as it did based upon Sheriff Arpaio's

emotional energy.  Trombi, she testified that she briefed

Arpaio more about this case than any other case she had ever          02:33PM

worked on.  I think I recollect her testifying that she briefed

Sheriff Arpaio seven times regarding the case.  I'm absolutely

certain that she testified that she briefed him regarding this

case more than any other case.  And she even was witness and

helped him prepare for one press conference.  When I asked her          02:33PM

which press conference that was, she claimed she couldn't

remember.

Let's talk a little bit more about Trombi.  Trombi was

a very incredible witness.  Trombi was the lead investigator.

She also -- I asked her, do you remember, you know, Trombi          02:34PM

1   couldn't even get some basic facts right, things that should

2   have been immediately admitted.  For example, do you remember

3   when I asked Trombi, hey, you know, Arpaio is the sheriff over

4   there, right?  Isn't he your boss, I don't know.  I think he

5   is.  Well, I guess he is.  Come on.  Every law enforcement          02:34PM

6   officer at the county is a subordinate of the sheriff.  He runs

7   the place.  He's the one in charge.  To deny, to be a deputy

8   sheriff and deny the sheriff is your boss, that's ridiculous.

9        Trombi also lied repeatedly, and she also clung to her

10  lies.  And I will tell you why you should conclude that they       02:34PM

11  are lies rather than just mistaken beliefs, because they really

12  flew in the face of reality.  And she didn't learn, claimed not

13  to have learned.  When the county attorney threw her

14  recommended 21 felonies out did she learn from that?  No.  When

15  the judge said that there was no probable cause, did she learn     02:35PM

16  from that?  No.  She learned nothing.  Would you do anything

17  differently, I asked her.  Remember that was one of my last

18  questions of her.  No.  She learned nothing, even though her

19  indictment was thrown out by Montgomery.  Her indictment was

20  deemed to have no probable cause by this very court.  But she      02:35PM

21  lied way worse than that.  She claimed, over and over again,

22  the SRP records, this is what she told Steinberg.  She admitted

23  she told Steinberg that.  Steinberg admitted Trombi told her

24  that.  She claimed that the SRP records -- by the way, this

25  actual document is plaintiffs' Exhibit Number 20.  It will go      02:36PM

1  to the jury room with you.

2  She claimed that the SRP records showed the air

3  conditioning unit in the dog room was working all night.  That

4  is absurd.  I tell you, I'm not a rocket scientist.  I don't

5  know if Ms. Trombi is.  I do know this.  She's not stupid.  And    02:36PM

6  I asked her, well, hey, see all these peaks and valleys that

7  suddenly go dormant on the 20th unlike any other day?  Doesn't

8  that kind of support Austin and Logan's claim that the A/C

9  broke?  No.  It doesn't support it.  She testified over and

10 over again that the SRP records demonstrated that the A/C in    02:37PM

11 the dog room worked all night.  She didn't say it was

12 inconclusive.  You could say it was inconclusive.  Hey, I don't

13 know.  I didn't understand these records.  I don't know.

14 She could also say, hey, you know what?  I make

15 mistakes.  I'm human.  I initially didn't understand these    02:37PM

16 records when the case was being presented to the Grand Jury.

17 That's why I told the prosecutor that these records show the

18 A/C in the dog room was open all night.  But now I know because

19 after I got the defense motion and read it, and after

20 Montgomery dismissed the case, and after the judge said there    02:38PM

21 was no probable cause, I understood it.  So now I have it

22 straight.

23 But what did she continue to say?  No.  These still

24 show that the A/C in the dog room was working all night.  That

25 is a lie.  And that is ridiculous.  But do you know why she had    02:38PM

to say that?  Because she told Steinberg that and she told the
Grand Jury that.  And I'm telling you, for a law enforcement
officer to admit they lied to a Grand Jury or made a
misstatement to a Grand Jury or made a big material factual
misstatement to a Grand Jury, that's something that puts a          02:38PM
bullet into a law enforcement officer's career.  You do the
math on that.  She couldn't take back what she told the Grand
Jury, what she told Steinberg.  It could have hammered her
career so she decided to double down on it, even when it became
ridiculous.                                                          02:39PM

Oh, and remember she testified, oh, there was still
some electricity being used and there was still a little bit of
peaks and valleys if you want to elevate them to that.  Oh,
Yeah.  Well, gee, did they say that the A/C in the whole place
or the electricity in the whole house was turned off?  No.  The     02:39PM
A/C in the east side of the house was still on.  There was
testimony there was two refrigerators still on.  Lights were
still on.  The clock was still on.  The fans were still on.
The wall A/Cs were still on.  That would explain this.

Trombi got the defense motion.  She looked at the                   02:39PM
defense motion.  You should look at it, too.  It contains all
kinds of interesting information.  One of the things it
contains, remember when Steinberg testified that she talked to
someone from SRP?  Remember that?  But she couldn't remember
what he said or what his name was.  Steinberg also testified,       02:40PM

1    oh, I spoke to George Hogge.  I just can't remember what he

2    said.  Well, listen, the paper that convinced Bill Montgomery

3    to throw out the case actually has a statement from someone at

4    SRP.  And he doesn't say the records show it was working all

5    night.  To the contrary.  He says that it went down by 37          02:40PM

6    percent.  And another expert in that paper also said --

7            MR. LEONARD:  Objection, Your Honor.  This was all

8    excluded.

9            MR. MONTOYA:  It was not excluded.  Your Honor gave a

10   limiting instruction which still holds.                           02:41PM

11           THE COURT:  I'm not clear what you are referring to.

12   Which exhibits?

13           MR. MONTOYA:  Your Honor, this would be plaintiffs'

14   Exhibit Number 2, the motion to remand that convinced Bill

15   Montgomery.                                                        02:41PM

16           THE COURT:  Okay.  The limiting instruction I gave was

17   that the jury could read that to see what was presented as

18   grounds to remand the case but that the numerous exhibits

19   therein were not admitted for the truth of the --

20           MR. MONTOYA:  That's true.                                 02:41PM

21           THE COURT:  -- and therefore, the argument -- the

22   objection is sustained.  The argument is stricken unless it's

23   grounded in some other admissible evidence.

24           MR. MONTOYA:  Well, yes, Your Honor.  It's grounded in

25   this exhibit which was admitted pursuant to stipulation.          02:41PM

1        THE COURT:  That's good enough.

2        MR. MONTOYA:  All you have got to do is you don't have

3   to be a rocket scientist to figure this graph out.  Do you

4   remember Steinberg, remember I took her through each numeral

5   for the first few days of the SRP records and I went degree by          02:42PM

6   degree with her?  I did that on purpose because I wanted you to

7   have confidence that these graphs are arithmetically,

8   mathematically accurate.  By the way, you don't have to be a

9   genius to do them.  The vertical line was kilowatt usage.  The

10  horizontal line was time every 15 minutes starting at 12          02:42PM

11  midnight.  You don't need to be a genius in order to figure

12  that out.

13        Interestingly, do you remember -- boy, this was really

14  irritating to me, at least, Steinberg:  Oh, yeah, I remember

15  those SRP -- the SRP data.  My supervisor and I actually          02:42PM

16  graphed out.  Where is that graph?  If she graphed it out and

17  it showed her something other than this, why didn't the defense

18  present it to you?  Where is it?  Remember I was saying, hey,

19  where did you get the file?  She got it from a computer

20  database that I don't even have access to.  She admitted that.          02:43PM

21  I'm not a prosecutor.  I'm not a judge.  Where is that graph?

22  Why hasn't the defense shown it to you?  What are they trying

23  to hide from you?

24        Here's something else she talked about that Trombi

25  allegedly gave her.  Do you remember she talked about another          02:43PM

chart? I couldn't really understand whether the chart reached

from the jury box down to the court reporter or even further

this way, but it was pretty big. Shy said she had it taped to

a wall. Where is that? What does it say? If it shows

something that helps their case they would have waved it in

your face. You know it. Look at the team they have. Five

people. Where are these documents? If they support their case

they would have shown them to you. They don't. That's why

they have hidden them from you. Do not trust them. Do not

trust Steinberg. If Steinberg were telling you the truth,

those documents would have been in front of you. She's the one

who mentioned them. She's the one who says they graphed this.

Then I wouldn't have to be using this graph. I'd be using her

graph.

But I tell you, because she admitted the numbers were

right, kilowatt hour by kilowatt hour, chronological hour

starting from 12 midnight, every 15 minutes, these are

accurate. But I tell ya, hate to say this, don't take any joy

in saying this, Trombi seemed like a pretty nice lady to me but

she lied. She lied when she said that showed that the A/C in

the dog room was working all night.

But I can tell you one thing, Steinberg is a double

liar, because I tell you, Steinberg was, I thought she was

pretty smart. Notice how free and easily she testified to you,

how she smiled? She's a very polished lawyer. She's very

1    polished.  She is very experienced.  She is very smart.  But

2    yet, like Trombi, Steinberg also testified, oh, no.  These show

3    that the A/C in the dog room was working all night.  Even

4    though Sheriff Joe says no stone will go unturned, Trombi, hey,

5    if you didn't understand these records did you call someone          02:46PM

6    from SRP to explain to you?  No.  Were you remiss in that?

7    Yes.  Probably.  Then she later claimed she didn't know what

8    remiss meant.

9           Steinberg, oh, yeah, I spoke to someone from SRP.

10   Couldn't remember his name.  Couldn't remember what he said.        02:46PM

11   What Bill Montgomery read from SRP convinced him to dump the

12   case.  This convinced -- this would convince anyone that

13   Steinberg is a liar or an idiot.  This would convince anyone

14   that Steinberg is -- that Trombi is really dumb or a liar.  I

15   don't think they are that dumb.  They didn't seem dumb to me.       02:47PM

16   They seemed really smart.  They seemed really experienced.

17   They seemed as if they were polished and articulate.  And

18   certainly, their lawyers aren't claiming that they are dumb.

19          Remember, their lawyers are claiming that they did an

20   excellent job and that they are competent professionals.            02:47PM

21   That's why you have to conclude they are liars.  Because if, in

22   fact, they are dumb and they just didn't understand this stuff,

23   their lawyers would have said, hey, they made an honest

24   mistake.  Why are you making a federal case out of it?  But

25   that's not what their lawyers were telling you.  They did a         02:47PM

competent, excellent investigation. And that's not true. That

is not true at all.

Now, what did this do? Then another thing, Trombi,

hey, Trombi, were you influenced by what Sheriff Joe did? Oh,

no. Let me tell you something. When your boss gets in front     02:48PM

of the world, just think of it. We have all had bosses. When

your boss gets in front of the world and says something is

scarlet red, do you really want to prove your boss wrong by

telling the world that it's baby blue? When Sheriff Joe really

went on a limb when he said he was very confident that he had     02:48PM

the proper evidence for 21 felony counts, do you think that

Trombi wanted the limb to break so Sheriff Joe would fall on

his face? No way. Who would want to make their boss look like

a fool that way? That's not what good team players do. And

Trombi was part of a team with Sheriff Joe, because they     02:49PM

repeatedly met regarding the case more than any other case.

Now, so you can't believe Sheriff Joe, Steinberg, or

Trombi, because Sheriff Joe didn't know anything other than his

parade of crimes, his rhetorical parade of the crimes my

clients allegedly committed and he had no facts to support.     02:49PM

Trombi and Steinberg insult your intelligence by claiming that

this SRP data shows the air conditioner in the dog room was

working all night. That is an insult, I submit, to your

intelligence. But it's compounded because another lie that

Trombi told Steinberg and Steinberg repeated to the Grand Jury,     02:50PM

and then Steinberg double downed on and repeated to you, was what Hogge's report said. So it's not only they are lying about the SRP records but they are also lying about the Hogge report.

Now, this is super important. This is the summary of Mr. Hogge. First of all, do you remember when Mr. Hogge volunteered that that was the dirtiest filter he had ever seen there at the Appleby home of the Hughes? He didn't say that in his report, but he blurted it out to you as fast as he could because he's biased. But he also concluded in his summary that a plugged filter will cause the internal filter to freeze and render the A/C completely ineffective. Now, this shows that Steinberg lied to you. Do you remember when I asked her, hey you have an A/C at your house? Then she smiled at you and said she actually had two, like the Hugheses, one A/C for one side, one for the other side. I asked her, what is the purpose of the A/C in the hot Arizona summer, June? She said to cool the house. Well, if your A/C wasn't blowing out cool area in June in the summer in Phoenix, would you say it was working? She said no. Then when I asked her, hey, do you think the Grand Jury probably had the same definition of working that you do? She said yes. Yet she continued to say that Hogge said the A/C was working all night in the dog room. That's not what this says. It says, and I'm not making this up, very likely, the unit completely ineffective. Hogge seemed like a nice guy to

02:50PM
02:50PM
02:51PM
02:51PM
02:52PM

me, but I'll tell ya, he ain't much of a scientist.  Because I

asked him some questions and the answers that he gave me were

very, very problematic.

First of all, it's funny.  Hogge is supposed to be the

expert regarding A/Cs but he says in the his report technical

consultant Ron Ballard inspected the system that served the

west side of the house.  If he really were the expert, why

didn't he do it himself?  Why did he bring this Ballard guy?

And remember Ballard, his resume.  He's -- and hey, my mom was

a teacher, so I'm not cutting down teachers.  He had a Bachelor

of Science in elementary ed, a master of science in elementary

ed.  He's not an engineer.  But do you remember when I also

asked him about how much air was getting into the dog room and

I asked him, well, how many, you know, how much is this amount

regarding the airflow?  And he said he didn't know.  Remember

when they measured, yeah, there it is.  Thank you, God.  I

found it.  Cubic feet per minute.  With the doors open, the

amount of air rushed into the dog room was 262 with both doors

open.  Both doors open, 262.  Come on.  That means the air is

flowing through there freely.  With the doors closed, it didn't

go down to nothing, like an airtight room would go.  Still 119

cubic feet of air per minute.  119 cubic feet of air per minute

was being pushed into that dog room.

And I asked him, hey, listen, was that enough for the

dogs?  And he didn't know.  Of course he didn't know.  I asked

him, are you an atmospheric scientist?  No.  Are you a

veterinarian?  No.  Are you a biologist?  No.  I'm telling you,

this is a biased report because these two guys rendered all

kinds of opinions that they were not qualified to render.  I

tell ya, they blurted out things that weren't even true that                  02:55PM

they never said before just to prejudice you.  I challenge you.

Read this report.  It's Exhibit 30P.  Look for it in there to

see if it analyzes the SRP data.  You will find that it

doesn't.  But I tell ya, Hogge, as soon as he can blurt out,

oh, if, in fact, the coil was frozen it would use more                        02:55PM

electricity.  He blurted that out.  That's not in his report.

That's not what he said here.

       MR. LEONARD:  Your Honor --

       MR. MONTOYA:  Nevertheless, he blurted it out.

       MR. LEONARD:  I object to that.  That was a response                 02:55PM

to the Court's question of Mr. Hogge.

       MR. MONTOYA:  So what?

       THE COURT:  The jury can draw on its memory as to

whether he testified to that.  Overruled.

       MR. MONTOYA:  I admit that.  That was in response to                 02:56PM

the Court's question.  It wasn't in his report and he blurted

it out.  And there's no -- and it appears to -- how could he

know that without looking at the SRP records?  He made this

report without looking at the SRP records.  Look in this

report.  He doesn't talk about the SRP records once.  Why did              02:56PM

he render a report without looking at the SRP records, without

looking at the data first?  That's why I don't trust his

report.  Because a scientist -- and engineers are scientists.

First get all the facts, then render the decision.  First

collect the data and then render the decision.  That wasn't          02:56PM

done in this case.  That wasn't done by Hogge.  That wasn't

done by Steinberg.  That wasn't done by Trombi.  When they

wanted to talk to Logan and Austin, let's talk about them a

little bit, or a lot.  What evidence is there that Logan Brown

is a liar?                                                            02:57PM

     THE COURT:  Counsel, how long do you have to go?  It's

been an hour.

     MR. MONTOYA:  Your Honor, I probably have another 20,

25 minutes to go.  I'm going to try to rush it up.

     THE COURT:  You are already beyond the estimate you          02:57PM

gave me.

     MR. MONTOYA:  I apologize, Your Honor.

     THE COURT:  Make it another 15 minutes.

     MR. MONTOYA:  Understood.  Thank you.

     Logan Brown, what evidence is that she's a liar?  What    02:57PM

evidence is there that the A/C didn't break down, like she

said?  What evidence is there that she had no reason to believe

that she was putting the dogs in harm way when she put them in

the dog room?  You saw her testify.  She's never even received

a speeding ticket.  She has no history of criminality.  She has   02:58PM

no history of dishonesty.  Why disbelieve her?  Why recommend a

21-felony count indictment without even talking to her?  Hey,

listen, if Sheriff Joe were waving pictures of someone you knew

and accusing them of felonies you would want your lawyer

present before you spoke to them, too.  There's nothing

unreasonable about that.

Austin Flake.  What evidence is there that he's a

liar?  He said that he went into the room.  The dogs were dead.

The A/C wasn't blowing.  It was about 100 degrees in there.

What evidence is there that he lied?  He's never been accused

of anything before, just like Logan.  Why not take their word

for it?  Why not presume them innocent until there's evidence

that they are guilty?  And, in fact, the objective evidence is

that they are telling the truth.  This pretty much fits, these

lines fit that the A/C stopped in the dog room.

Look, it also fits just like Logan and Austin said.  6

a.m. in the morning they turned off all the electricity in the

house.  The objective evidence supported what they said.  Their

very lives supported what they said.  Why wouldn't these

powerful law enforcement officers, these government officials

listen.  There was no hurry.  No bomb was about to explode.  I

understand, terrorist has a bomb that's going to explode you

have got to do something quick.  That's not true in this case.

Why didn't they believe them?  Why are they continuing to lie?

Steinberg, I can tell you why she would lie, or contort her

brain in an indefensible way, because if you know someone lies

to a Grand Jury and you are a lawyer, boy, I will tell you,

that would hurt.  If you -- hey.  Let me tell you something.

Lawyers are super busy.  Remember I asked her how many cases

she had and she couldn't tell me, but she told me she was                03:00PM

working really hard.  Remember I asked her how much time she

had spent on this and she couldn't tell me.  She could tell me

that it wasn't full time, but she couldn't tell me how much

time she spent.  You know what probably happened?  Happens all

the time.  The lawyers in the room know this, and other people           03:00PM

know this, too.  Sometimes you get too swamped to do your own

work so you rely on what your assistant tells you on the way to

the Grand Jury room.  That's why Steinberg parroted everything

that Trombi said, because that's where she got her information

from.  She admitted that.  She got all of her information from           03:01PM

Trombi.  Some of it was false.  It was submitted to the Grand

Jury.  And guess what happened?  Bill Montgomery got the

defense motion, Exhibit 2.  And finally, finally a government

official, and that's Exhibit 13, finally a government

official -- I see it -- had some courage to look at the facts.           03:01PM

And what did he do?  After thoroughly reviewing the records and

fairly considering the points raised in defense motions, the

theory of the case initially presented to the Grand Jury did

not take into account the possibility that there were issues

with the air conditioning unit.                                          03:02PM

And what did the defense motion say?  Read it.  The A/C broke.  The evidence demonstrates it.  Then Trombi lied about it to back up her boss.  And then there was an indictment.  Let's talk about the indictment.  The indictment was devastating.  Imagine being indicted for 21 felonies when you are 20 and 21 years old.  That's got to knock your spine right out of your body.  Is there any doubt that anyone would be depressed by that; that anyone would be devastated by that; that anyone's world would be rocked by that?  Is there any surprise that for the first time in Austin's life he's on an anti-depressant, he's on anti-anxiety medication?  His dad is a famous guy.  His family is dragged into the press.  Is there any doubt that that would ruin your emotional life?  Both of his parents went to BYU.  He was proud to be going there. Honor hold, can't take any more courses, has to come back to Arizona in humiliation.

Logan testified, hey, she did have some anxiety when she was in high school.  She overcame it and gave up that medication while in college after this happened.  She's back on it.  Do you remember when Mr. Hiller -- I'm glad he did that. I didn't have time to.  He went to her deposition where Logan testified that she cried all night, had these panic attacks. Was there any doubt that happened?  For the first time in her life, Logan, who never had a speeding ticket, fails in school. That was devastating to them.  There's no evidence to the

1  contrary.  It would be devastating to anyone.  That's why

2  Trombi can't be wrong.  That's why Arpaio can't be wrong.

3  That's why Steinberg can't be wrong.  But they were wrong.  And

4  the depth of their error is revealed by the fact that they

5  won't even admit it to this day.                           03:04PM

6          I'm going to talk briefly about the jury instructions.

7  Hey, this is an important one.  There we go.  You have to

8  decide this case based on the evidence.  Where's the evidence

9  that they did anything wrong?  You know what's really ironic?

10 All the talk about the A/C unit, whether it was on or off,    03:05PM

11 Trombi admitted it wasn't their problem in the first place.  So

12 even if it were on, so what?  They weren't responsible for it.

13 Steinberg admitted that, too.

14         Now, Sheriff Joe definitely had a desire for the

15 proceedings to be initiated.  He got on television for 22      03:05PM

16 minutes, saying he had the proper evidence and we're

17 recommending it.  Trombi hand-walked her recommendation to

18 Steinberg.  Steinberg testified, yeah, Trombi wanted me to do

19 it.  The fact that Arpaio and Trombi wanted the prosecution is

20 best evidence, perhaps, by the fact that after it was dumped by 03:06PM

21 Bill Montgomery, once again, Arpaio is back in the news urging

22 that it be filed.  Trombi, her indictment's dumped.  She

23 lobbies Steinberg's boss to reinstate it unsuccessfully.  They

24 definitely wanted it.

25         In considering whether or not there was an independent 03:06PM

decision to prosecute, these instructions also say you should

consider whether or not the prosecutor withdrew the prosecution

because the defendant failed to present facts.

THE COURT:  It says you may consider.

MR. MONTOYA:  May consider.  That's correct, Your

Honor.  And I have very little time, so you know -- you can

read these instructions for yourself.  And the judge is right.

It does say "may."  But I tell you, Bill Montgomery's decision

to withdraw the indictment is super telling, and it shows that

he had no confidence in what Steinberg did, in what Trombi

said.

And remember when considering whether or not Steinberg

and Trombi -- or Steinberg exercised independent judgment,

that's not our burden of proof.  They have to prove that by a

preponderance of the evidence.  And the only evidence that they

have that Steinberg exercised independent judgment is Trombi

and Steinberg.  Do not believe them.  They are the ones who

tell you that this shows that the A/C in the dog room was

working all night.  They are the ones who tell you that a

frozen A/C that is rendered completely ineffective is still

working.  Yeah, just because you can turn your engine over but

it doesn't move, oh, that means your car is still working, sir.

Yeah, right.  Ma'am, your car is still working.  The engine is

on.  It won't move, but it still works.

How were my clients hurt?  We have discussed that very

1   badly.  Here's the form of verdict.  This is the form that you

2   use to actually render your decision in this case.  Here's what

3   you need to do with it.  You need to rule unanimously in favor

4   of the plaintiffs.  Now, how much you award them, I don't know.

5   That's your job.  I do not know how much you should award them.   03:08PM

6   My only suggestion in that regard is make it an amount that

7   doesn't trivialize what they suffered, and make it an amount

8   that the defendants and Sheriff Arpaio, wherever he is, doesn't

9   laugh about, oh, yeah.  It was nothing.  No big deal.  Got away

10  with it.  It shouldn't be a trivial amount.  It should be an     03:09PM

11  amount that reflects the severity of the emotional trauma that

12  my clients suffered through no fault of their own.

13          You know, I tell you, when I was starting my legal

14  career I went to a judge.  He was really smart.  He's retired

15  now.  And he told me -- and I asked him for advice, because I'm  03:09PM

16  kind of naive.  And I said do you have any advice for me,

17  Judge, going out there into the real world?  You know what he

18  told me?  No good deed goes unpunished.  I will tell you, I

19  thought he was cynical by telling me that and I was

20  disappointed that that was his advice.  But the only thing that  03:10PM

21  these kids could have done to avoid what happened to them is

22  told Logan's parents, no.  No, we can't help you mom and dad

23  because something might happen.  That's all they could have

24  done to avoid this.  Nothing had ever happened to those dogs

25  before.  There's no evidence that anything happened to those    03:10PM

1    dogs since.  They did nothing wrong.

2           Did anyone -- and I'm going to shut up and sit down.

3    Did anyone apologize to them?  Did anyone say, hey, we made a

4    mistake.  Remember that saying, even a dog knows the difference

5    between being kicked and tripped over?  It's a lot harder            03:10PM

6    when -- the hit is a lot harder, the pain is a lot more intense

7    when you are kicked.  When it's coupled with an apology, hey,

8    listen, I didn't mean to kick you.  I tripped over you.  That

9    makes it easier to handle.  But was there any apology from Joe,

10   Sheriff Joe?  Was there any apology from Detective Trombi?  She     03:11PM

11   would have done nothing differently.  Was there any recognition

12   of responsibility from Steinberg?  No.  I think I did

13   everything right.  Are you embarrassed that the only indictment

14   that you have ever rendered that's been thrown out was thrown

15   out and ruled by the judge to lack probable cause?  Are you          03:11PM

16   embarrassed by that?  No.  How credible is that, that a lawyer

17   would not be embarrassed when her indictment is thrown out by

18   her boss and that when a federal judge said that her indictment

19   is not supported by probable cause.  How believable is a

20   witness who would testify to that?                                   03:11PM

21          Thank you.

22          THE COURT:  All right.  We'll take a short recess so

23   everyone can be fresh for Mr. Leonard's argument.  We'll be in

24   recess until 3:30.

25          All rise for the jury.                                        03:12PM

1          (Jury out at 3:12 p.m.)

2          THE COURT:  The record will show the absence of the

3    jury.

4          Mr. Montoya, you went way over estimate.  We had to

5    take a break for the reporter.  You took an hour and 40 minutes    03:12PM

6    I couldn't take it in the middle of your closing.  It's not

7    fair to the other side.  So that's why I had to set the limit.

8    Well beyond the estimate you gave me.

9          MR. MONTOYA:  It is, Your Honor, and I'm sorry.

10          THE COURT:  Well --                                        03:12PM

11          MR. MONTOYA:  I was doing the best I could rushing

12    through it.

13          THE COURT:  I always take a break before the next

14    lawyer so he can have fresh attention from the jury.

15          MR. MONTOYA:  And, Your Honor, we have been waiting a       03:13PM

16    long time for this.  And you know my clients have a lot at

17    stake.

18          THE COURT:  I know, but shorter arguments are better.

19          MR. MONTOYA:  I think you are right, Your Honor.  I

20    will take that to heart.                                         03:13PM

21          MR. LEONARD:  Your Honor.

22          THE COURT:  Yes.

23          MR. LEONARD:  Mr. Montoya, I believe, told the jury

24    that they ought to make an award to send a message which is

25    clearly --                                                       03:13PM

1          THE COURT:  I was listening for that and I didn't

2     think he said that.  He was telling them not to be trivial.  I

3     don't think he crossed over that line.

4          MR. MONTOYA:  I didn't, Your Honor.  Actually, there's

5     a Supreme Court opinion regarding it that I think demonstrates        03:13PM

6     what I did is appropriate as our own Justice Sandra Day

7     O'Connor has observed.

8          THE COURT:  I'm not worrying about that.  I'm worried

9     about our law.  I was aware of the boundary and I think you

10    stopped short of it.                                                  03:13PM

11         MR. MONTOYA:  Thank you.

12         (Recess from 3:13 p.m. until 3:31 p.m.)

13         THE COURT:  Please be seated.  The record will show

14    the presence of counsel, the parties, and the jury.

15         Mr. Leonard, you may proceed.                                    03:31PM

16         MR. LEONARD:  Thank you, Your Honor.  Good afternoon.

17         You know, I don't know -- well, the lawyers among you

18    probably know this.  But I don't know if you know how

19    frustrated and antsy we lawyers get.  You know, we get to speak

20    to you briefly at the beginning of a case and then we sit and        03:32PM

21    listen and ask questions and listen to others ask questions and

22    don't get to talk with you until now.  And we want to, you

23    know, no.  I have got to tell them this.  I want them to know

24    this.  I want to tell them that.  And we can't do it.  But this

25    is an opportunity we have, and that I have, and I'm happy to         03:32PM

have, to talk to you about what you heard over the past several
days.

Couple of things that Mr. Montoya told you that I want
to tell you I totally agree with.  I totally agree with his
telling you that we are fortunate to have the kind of system of    03:32PM
justice that we have in this country.  And it's -- I don't know
if it's a rarity, but it's certainly not typical.  And you all
are and have been a part of that.  And if somebody who wants to
file a lawsuit, as the plaintiffs have in this case, they are
perfectly entitled to do it.  And it works its way through the    03:33PM
justice system, and the result is what the result is.  I agree
with Mr. Montoya that everybody has a right to sue the
government.  You are the government.  You have a right to sue
the government.

I agree with Mr. Montoya that we ought to be focusing    03:33PM
in this case on the real issues.  I absolutely agree with him
when he tells you that.  Where I disagree with him is he has a
very different view of what the real issues are.  And I'm going
to try to briefly, I hope, tell you what we think the real
issues are.                                                        03:34PM

First of all, I'm not going to attack anybody.  Mr.
Montoya told you that Marie Trombi is a liar; that she's either
dumb or a liar.  He told you that Shawn Steinberg, the
prosecutor, is a double liar, she's either a liar or an idiot;
that Mr. Hogge is biased; that -- I don't know why he didn't    03:34PM

mention Dr. Mangone.  We're going to talk about Dr. Mangone and his conclusions.  I guess I'm thankful that he didn't attack Dr. Mangone.

So you have heard Mr. Montoya tell you why he thinks you, the jury, ought to determine that Maricopa County should pay the plaintiffs some amount of money.  I'm going to try to, and I hope to, tell you why we think that shouldn't happen.

First of all, to repeat a preliminary but really important point that I made when I spoke to you in our opening statement, and what the judge has instructed you, this case is not about personalities, popularity contests, who has more publicity than somebody else.  It's a claim about a case, a claim of malicious prosecution.  That has a very specific meaning, and I hope in a few minutes to talk to you about more of that meaning than you heard in Mr. Montoya's argument.

It's a claim about malicious prosecution; not about whether a crime was committed but a claim of malicious prosecution, which has very specific requirements for which you are charged with considering the evidence, the actual evidence. Not conjecture, not guess work, not speculation but the evidence that you heard.  And the evidence that you heard is evidence that you can and should consider.

So when I talked to you last, I think it was last Tuesday, here's what I suggested to you the evidence would show.  Because you are certainly entitled to take what each of

us said in our opening statements and to ask yourselves, hey,

did this get demonstrated?  So I think what I suggested to you

the evidence would show is that Austin and Logan Flake assumed

responsibility for at least 28 dogs at a kennel business being

run by Ms. Flake, now Ms. Brown's, parents.  On the night of     03:37PM

June 19th of 2014, those dogs were placed in a 9 by 12 room

that was too small and totally inadequate.  And, by the way, as

you saw, we're talking about a room that is maybe the jury box

up until the water pitcher and almost back from the front of

the box to the wall.  28 dogs, including some big heavy dogs.     03:38PM

        I told you that we would show that 28 dogs died while

they were being cared for by the plaintiffs; that MCSO, the

sheriff's office, was not called right away, but there was

significant publicity about the incident by the press and on

social media before there were any kinds of press releases from   03:38PM

MCSO; that MCSO's animal cruelty unit conducted a pretty

thorough investigation.  Exhibit 30, which you will be happy to

know you are not going to have to take with you into the jury

room, is a copy, was identified by Detective Trombi, is a copy

of the MCSO investigative file.                                   03:39PM

        I told you that Detective Trombi and MCSO believed

that the charges were supported by the evidence that was

uncovered.  I told you that then Sheriff Arpaio didn't

interfere with the investigation; that MCSO and Sheriff Arpaio

made public announcements that were appropriate to the case;      03:39PM

1    that he, in particular, relied on the deputies in the animal

2    cruelty unit to reach its conclusions, didn't interfere with

3    those conclusions, didn't tell him what those conclusions

4    should be; that the MCAO prosecutor in charge of the case

5    reviewed the file in detail, in full, with all of the          03:40PM

6    information; that she was aware then of no information that was

7    withheld.  It's all in there.  She was aware then of nothing

8    that was misrepresented to her.  She is aware today of nothing

9    that was withheld.  She is aware today of nothing that was

10   misrepresented to her.                                         03:40PM

11          She was not pressured by MCSO to pursue a prosecution.

12   She wasn't mislead by MCSO as to the facts and the evidence and

13   that the County Attorney's Office made its own independent

14   decision that the evidence met their charging standards.

15   Sheriff's office doesn't have charging standards.  They are not  03:40PM

16   a prosecuting agency.  They do an investigation.  Ms. Steinberg

17   testified that she believed that MCAO's charging standards were

18   met, that there was not only a reasonable likelihood of

19   conviction but she was more convinced than that.

20          So that's what I told you last Tuesday, and I told you  03:41PM

21   that kind of the nutshell summary was sheriff's office

22   investigated the case, turned its investigations and

23   recommendations over to the prosecutors at the county

24   attorney's office, the county attorney's office did its own

25   analysis of the case, made its own independent determination of  03:41PM

1   whether or not they should pursue a prosecution.

2          So that's what I told you last week you would hear.  I

3   think that's what you did hear.  So let me try to review,

4   briefly, I hope, the evidence.  The judge has instructed you

5   that in order to find malicious prosecution, and again, I hate          03:42PM

6   to keep repeating it, but it's the only issue in this case,

7   malicious prosecution, you would have to find that the

8   defendant initiated or took an active part in the prosecution

9   of the criminal action.  The defendant, not being the county

10  attorney's office but being the sheriff and the county,          03:42PM

11  initiated or took an active part in the prosecution.

12         The judge has told you that the defendant initiated or

13  took an active part in the prosecution if one of two things

14  happened:  One, and Mr. Montoya read you and showed you a part

15  of this.  Maybe I will put it up here.  The part Mr. Montoya          03:43PM

16  read you was, the defendant initiated or took an active part in

17  the prosecution if his desire to have the proceedings

18  initiated.  I should -- I think he paraphrased, told you it was

19  the sheriff's desire to have the proceedings initiated.

20         Well, Shawn Steinberg, the prosecutor, told you that          03:44PM

21  police agencies, typically, they think they developed a good

22  case, they turn it over, they would like to have it prosecuted.

23  But that's not what the instruction is, and that's not what the

24  law is.  If his desire to have the proceedings initiated

25  expressed by direction, request, or pressure of any kind was          03:44PM

the determining factor in the prosecutor's decision to commence

prosecution, that's one prong.  They would have to show that

MCSO's desire to have the proceedings initiated expressed by

direction, request, or pressure of any kind was the determining

factor in the prosecutor's decision to commence the                    03:45PM

prosecution.  And I will come back to that, determining factor.

Or, the defendant knowingly furnished false information or

materially incomplete information to the prosecutor.

Now, the judge has also instructed you that the

defendants' desire to have the proceedings initiated was not         03:45PM

the determining factor in the prosecutor's decision to commence

the prosecution if the defendant made full and truthful

disclosure of all material and relevant facts known to him and

the prosecutor made an independent decision to prosecute.

So with respect to Sheriff Arpaio, the evidence says,     03:45PM

the evidence has told you that he didn't sign off on the

charging recommendation, the submittal to the county attorney's

office.  He didn't approve or communicate the charging

recommendation.  He didn't speak with the county attorney's

office about it.  That was handled at, I hate to say a lower        03:46PM

level, but it was, in fact, a lower level.  It was submitted by

Detective Trombi on August 25th of 2014.  It was signed off on

by Sergeant -- her sergeant, Sergeant Lafko.

And, you know, Mr. Montoya told you, I'm going to try

not to get diverted on these things.  But Mr. Montoya told you,   03:46PM

oh, she didn't know.  She denied Sheriff Arpaio was her boss.

No, she didn't deny it.  The question was asked who her boss

was.  She tried to describe there's a hierarchy.  There's her

Sergeant Lafko who signed off on the recommendation.  There's a

lieutenant.  Yeah, ultimately Mr. Montoya pursued her,

ultimately, I guess the sheriff is the boss of everybody at

MCSO.

Mr. Montoya also told you that Detective Trombi didn't

even know the statute.  She is sitting there in the witness

box.  She's asked about the statute, and she says, can I see a

copy of it?  I would do the same thing.  She's not a lawyer.

Lawyers don't memorize statutes.  She has to see a copy of it.

Nothing out of line about that.  Doesn't make her a liar.

Doesn't make her dumb.  Makes her cautious.

So is there any evidence that the sheriff pressured

deputies to come to any particular result?  No.  Now, Mr.

Montoya argued to you that, yeah, what about that August 22nd

press conference?  I'm sorry, it's not August 22nd.  I get the

22s confused.  It was a 22-page transcript of a September, I

think, 9 press conference, when the sheriff says, I think we've

got a good case.  He thought they had a good case.  Here's the

thing about that, though.  That was two weeks after the

submittal had been made.  It couldn't have pressured Detective

Trombi to submit anything because the submittal to the county

attorney's office had already been made on August 25th.

         Mr. Montoya told you that the sheriff was out at the
house and couldn't identify any police -- said he wasn't doing
any police work but then they criticized him for not doing any
police work.  He was there supporting his deputies.  Okay.  So
what?                                                              03:49PM

         So the investigation is done.  It includes work done
by Mr. Hogge with assistance, yes, assistance from Ron Ballard
who, while he may not have -- whose field is air conditioning,
and his background may have been in education, so what?  He had
years of experience in air conditioning and there was no         03:50PM
effective challenge to anything he came up with, anything of
his that was included in the report.  But they engaged Mr.
Hogge to investigate the claim that dogs had chewed through the
wires.  That was the story that was given to the Maricopa
County Sheriff's Office.  The dogs chewed through the wires.     03:50PM
That's why he was brought out.  Did he not look at the SRP
data?  No.  The SRP data hadn't been provided until after he
did his report.

         Maricopa County Sheriff's Office engaged Dr. Mangone.
His report is included in the 2,000 or so pages.  Maricopa       03:50PM
County Sheriff's Office itself subpoenaed the SRP data.  They
weren't running away from the SRP data.  And by the way, all
this stuff about where are these charts and all of that, nobody
is questioning the SRP data.  It is what it is.  Maricopa
County Sheriff's Office subpoenaed that data.  Now, when he did  03:51PM

his report Mr. Hogge didn't have it, again, because it hadn't been received at that point.  But they did acquire the data.

So what information was provided by MCSO to the county attorney's office?  Because that's really what we're talking about here.  Did MCSO mislead the prosecutor?  Did they fail to give the prosecutor full information?  Did they hide information from the prosecutor?  That's what this is all about.  And the answer is, no, they didn't.

And, by the way, a lot of talk about the Grand Jury and what was said to the Grand Jury and all of that, as the instructions tell you, that's not the issue.  The issue is what was provided to the prosecutor.  And I will get to that in a minute.  Sometimes I say I'm going to get to that in a minute.  I have too many things I am going to get to in a minute, but I will try.

So MCSO, the sheriff's office, submits its findings, its report, its recommendations to the Maricopa County Attorney's Office.  The submission quotes the Hogge report.  Let's take a look at the conclusions of the Hogge report.  I believe that's 30P.  And I think it's 30P, Page 26.  I say this is their conclusions, because it's called conclusion.  Mr. Hogge concludes that the reported damage to the circuit caused by the dog chewing on the Romex, the cable, could not have possibly caused any interruption of the west HVAC system operation.

1          Why does he say that?  He says that because that's

2     really what he was hired to do.  That was the pending story.

3     Then he says the west HVAC system was wholly inadequate for

4     this type of utilization of the dog room.  This inadequate

5     condition was exacerbated by the airflow limitations with the

6     room, sealed room.  And the fact that the HVA system was

7     neglected as to maintenance, including the basic requirement of

8     changing the filter.  Those were his conclusions.  One, dog

9     chewing through the cable couldn't have caused the unit to go

10    out.  It wasn't even connected to that unit.  And two, the west

11    HVAC system was wholly inadequate to use in that room, that 9

12    by 12 sealed room.  That was included in the report, in the

13    investigative report that was submitted to the county

14    attorney's office.

15         Also included in the report that was submitted to the

16    county attorney's office, Dr. Mangone's report, his study and

17    report.  Let's take a quick look at that.  That's Exhibit 30I,

18    Page 004.  I'm not going to -- I know that big paragraph before

19    the end of the page is his analysis of oxygen usage and

20    requirements and things like that.  I'm not going to torture

21    you with reading through that.  But I will point to something

22    in the next paragraph where he says it can, therefore, be

23    concluded that the deaths of the dogs were the direct result of

24    being placed into such overcrowded conditions.

25         Now, he told that to MCSO.  He said that.  That was

his report.  They didn't tell him to say that.  That was his

conclusion.  Over on the next page, he says in the middle

paragraph, no reasonable or prudent individual would deem it

reasonable to house that number of dogs in a room of the

measured size, especially in light of the fact that there were

exposed wires in the room.  Whether there were or not exposed

wires in the room I'm not sure anybody knows.  But he says no

reasonable or prudent individual would deem it reasonable to

house that number of dogs in a room of the measured size.

So Mr. Hogge concludes that the room was inadequate.

Dr. Mangone concludes that the room was inadequate, regardless

of the air conditioning.  And that's why the air conditioning

issue becomes somewhat of a side show, a red herring.  Because

the room was inadequate no matter what.  The Hogge report

supports that.  The Mangone report supports that.  The fact

that 21 dogs died supports that.

Now, plaintiffs have said, look at the Hogge report

where he says it's likely that a coil froze which, again, is

kind of a side issue, because the room was inadequate.  But

couple of comments on that.  First of all, that's different.

That's what plaintiffs are relying on now.  Coil froze.  I

don't know if you all understood Mr. Hogge's discussion of what

that means and the judge's questions about what that means, and

I'm not sure that I do, either.  But he explained or tried to

explain what it means when the coil freezes.  And plaintiffs

say, ah, you see, it was an accident, accident, that's the term

they constantly use, the coil froze, the air conditioning broke

down, it wasn't working.  Therefore, they cannot be guilty of

these crimes.

But when questioned, I was just going to say I don't

know if you paid attention to this.  Of course you paid

attention to it, because you paid attention to everything.  I

know that.  But when the judge asked him a question about that,

he explained that if the theory is that the air conditioning --

I'm sorry -- the electrical usage based on the SRP data

decreased what would happen if the coil froze is that the air

conditioning usage would go up because the motor would be

constantly going trying to push air through it.  So you would

see something in the SRP data, which again, he didn't have when

he did this report.  That's very, very different than what you

see on that exhibit.

Now, speaking of that exhibit, I think it's Exhibit 2

or -- I think it's part of Exhibit 2.  Not sure if it was

marked also as a separate exhibit.  But it is part of Exhibit

2, I think at Page 8.  In an important way it doesn't make a

whole lot of sense if you are talking about the west air

conditioning unit, the one that cooled the dog room failing but

the east air conditioning unit not failing.  Because if you

have, in these prior days, peaks and valleys showing supposedly

air conditioning going on and off, because the refrigerator

1    usage isn't going to change appreciably.  Whatever else is

2    plugged in, lights aren't going to change that much, if you

3    have these peaks and valleys, the theory, I guess, is that

4    reflects the air conditioning usage.  Well, if this difference

5    on the morning of June 20th is attributable to an air          04:01PM

6    conditioning unit, it must be attributable to both air

7    conditioning units, and yet the testimony is one worked and the

8    other didn't.

9         So if you don't see these peaks and valleys, and has

10   been suggested, I'm not sure to what extent the size of the    04:02PM

11   chart sort of minimizes the amount of ups and downs, but it's

12   certainly different from prior days, if that's explained by air

13   conditioning not going on and off, it's got to be both air

14   conditioning units, and yet the testimony is the east unit was

15   working fine.  So it doesn't really make any sense.  The SRP    04:02PM

16   data does not support the idea, the theory, that the west unit

17   alone failed.  It simply doesn't.

18        Mr. Hogge, who knows something about this, said he

19   would concur with the statement.  He thinks that the statement

20   that the air conditioning was working was accurate.  Now, the  04:02PM

21   fact that it was working, that it did not become inoperative,

22   that it did not fail, doesn't mean necessarily that it was

23   going on.  You may recall, if we look at a page out of Mr.

24   Hogge's report, I think it's Exhibit 30P at Page 5, the

25   configuration of the house and the dog room, if you recall      04:03PM

there's this 9 by 12 dog room, sealed.  There is a bedroom next

door.  The bedroom was not occupied.  There was no air return

for the air conditioning in the dog room.  It was in the

bedroom next door.  The thermostat that operated that unit was

in the bedroom next door, specifically in a closet in the          04:04PM

bedroom next door.  It could easily and likely have simply,

without anything wrong with the air conditioning unit, it

simply didn't know it needed to turn the air conditioning on.

The thermostat was set.  It was a cool night.  It was June but

it was a cool night.  The thermostat was not in the dog room,     04:04PM

couldn't sense the temperature rising in the dog room with the

28 dogs in the room using up oxygen, becoming warmer, nobody

occupying the bedroom next door.  As far as the thermostat

knows, everything is fine, and it doesn't turn the unit on.

        That, by the way, as opposed to the theory of coils      04:05PM

freezing or something like that, that is consistent with the

SRP data.  Because it may well be that not only the west air

conditioning unit but the east air conditioning unit simply

didn't need to go on.  Now, did Detective Trombi necessarily

understand every nuance of all that?  Not necessarily.  Did she  04:06PM

lie about it?  No.  Was she dumb?  No.  And that isn't the

question.  And I will come back to this.

        Question is what did she communicate to the

prosecutor?  Did she lie to the prosecutor?  Did she withhold

information from the prosecutor?  Whether she understood the      04:06PM

information or not, she told the prosecutor what information

they had like in this book. Shawn Steinberg, the prosecutor,

who was accused of being a double liar, or alternatively an

idiot, told you she received volumes of information from MCSO.

She received the entire investigative report, not bits and

pieces of it. You know, there were excerpts from Mr. Hogge's

report in the charging statement, in the submittal. There were

excerpts of it. There were excerpts of Dr. Mangone's report in

the submittal. But the entire report and the entire -- the

entire report of Mangone, the entire report of Hogge, were all

submitted and all of the SRP data were all submitted to the

county attorney's office.

        So Ms. Steinberg told you she received volumes of

information from MCSO, including, she said, detective reports,

owner's logs, contracts, photos, the Hogge report, the Mangone

report, the SRP data. She told you also that she had questions

that she wanted followed up on. She asked MCSO those

questions. They responded to those questions. She was

satisfied with the answers. She told you she talked with Mr.

Hogge. She didn't even just read his report. She talked with

Mr. Hogge.

        You know, talk about -- it's been suggested that,

well, she didn't spend any time on that. She had an assistant

do it, something like that. That isn't what happened. That's

not what happened at all. She talked to Mr. Hogge. She talked

to Dr. Mangone.  She talked to SRP.  She discussed the

submission with a team, including several levels up to William

Montgomery, the county attorney.  She did her own analysis.

She reached her own conclusions.  She and the team reached a

conclusion.  And again, the issue here is not whether the          04:09PM

conclusion was right or wrong.  The issue here is not whether

Mr. Flake and Ms. Brown were guilty of the charges that were

brought.  Maricopa County Attorney's Office reached a

conclusion that their charging standards were met.  They

thought the prosecution would be a good prosecution.  They        04:10PM

thought they could get a conviction.  And I think Ms. Steinberg

told you, you know, this isn't the first such proceeding that

she's been involved in.

         So back to the instructions.  In order to find

defendants liable for malicious prosecution, a number of things   04:10PM

have to be proven.  The defendant initiated or took active part

in the prosecution; defendant acted for a primary purpose other

than to bring an offender to justice, and, by the way, there 's

no evidence of that.  Criminal action was brought without

probable cause.  Well, the Court has determined that there was    04:11PM

no probable cause.  We can't question that.  Plaintiff was

damaged by the criminal action.

         So back to what I started talking about before, the

defendant initiated or took active part in the prosecution, if

one, his desire to have the proceedings initiated expressed by    04:11PM

direction, request, or pressure of any kind was the determining

factor in the prosecutor's decision to commence the

prosecution, it wasn't.  Ms. Steinberg told you it wasn't.  She

told you they made their own decision.  She said police

agencies always want you to prosecute.  If we concluded, she

said, if we concluded that there was not basis to bring the

charges, we wouldn't do it no matter who said anything; or two,

he knowingly furnished false or materially incomplete

information to the prosecutor.  There is no evidence of that.

Asked whether she thought that anything was missing,

that MCAO was misled, that material information was omitted,

she said no, no, no.  She -- you know, despite being accused of

being a double liar or an idiot, she took responsibility for

the charges.  She said she didn't come here and tell you that,

oh, man, I wish they had told me something else.  I would have

made a different decision.  You know, I think they misled me.

I think they lied.  You know, she could easily, I suppose, have

passed off responsibility to the sheriff's office.  She didn't.

She sat here and she told you that she and the team, up to and

including William Montgomery, made the decision.  They took

responsibility for it.

And the next sentence, again, of the instruction, the

defendants' desire to have proceedings initiated was not the

determining factor in the prosecutor's decision to commence the

prosecution if the defendant made full and truthful disclosure

of all material and relevant facts known to him and the
prosecutor made an independent decision to prosecute.  That is
exactly what occurred.  Detective Trombi told you that she knew
it was the prosecutor's decision.  She acknowledged that.  She
understood that.  She thought she had a good case.  She took no
steps to pressure the County attorney's office before the case
was presented to the Grand Jury.  Did she seek an explanation
after the fact?  Yeah.  She told you she did because she
thought it was a good case, so she asked how come.

Keep in mind, though, that was after the fact.  That
was after the Grand Jury returned indictments.  Her going to
the county attorney's office saying, how come, can't possibly
influence the decision to prosecute, the county attorney's
decision to prosecute.  It came afterwards.

Sheriff Arpaio, in the press conference from
September, also made that point repeatedly.  Why don't we look
at Exhibit 8, starting on the first page at the bottom in the
lower left-hand corner.  "We turned it over to the county
attorney for review, and don't forget that they had to make
sure they had the proper information and evidence to
prosecute."  Up in the top right-hand corner, "I'm sure that
that office will review the evidence and we'll see what
happens.  I'm very confident we have the proper evidence."
That's what Mr. Montoya pointed out to you.  But he then
follows that with, "And, once again, the County attorney's

1  office will review our evidence."

2      And, by the way, the down at the top of the page in

3  the lower right-hand corner, when Mr. Montoya suggested to you

4  the sheriff had no idea what the issue was, notice he said,

5  "You have to understand that 21 animals died in a 9 by 12 room,          04:17PM

6  and there were others in there also.  That is the crux."  That

7  is the crux.

8      On the next page, 002, the lower right-hand corner up

9  at the top, "I don't think a 9 by 12 room with 28 dogs is

10  proper shelter to begin with."  Over on the next page, Page 3,          04:17PM

11  top left, "But once again, it will be up to the county

12  attorney's office to determine whether there's enough evidence

13  for charges slash conviction."

14      And when asked, presumably by a reporter, "You say you

15  are confident.  Explain to us why you are so confident."  He          04:18PM

16  says, "Well, once again, I know my office did a thorough

17  investigation of two months developing the case.  I know as far

18  as I'm concerned and my office is concerned, I know we did the

19  best we could to obtain proper evidence and now it will be

20  up -- if charges will be filed."          04:18PM

21      And then at the top right-hand corner of that page,

22  "I'm confident in the two months it took to put the facts

23  together, to gather the proper evidence, and now it's going to

24  be up to the county attorney to review it and it will be up to

25  him to file charges."          04:19PM

Referring also to the June 23rd press conference as being some sort of publicity-seeking maneuver, and that's Exhibit 4, he says, "Owners claim the air conditioning was cut off after a dog chewed through some electrical wiring." That was suspect. It wasn't true, simply wasn't true. It couldn't have been. He says, on that same page, he says, "Some owners were there when deputies arrived, all visibly upset as the kennel owners and caretakers were questioned." Yes, they were visibly upset, the owners were. They wanted an investigation. They wanted answers.

Now, a suggestion was made, not a suggestion, a statement was made to you that somehow this was an effort to tie in Senator Flake. The sheriff didn't mention Senator Flake. But before this June 23rd press release, not only had the press reported this, not only had the press reported the connection with the senator, but the senator's office had released a statement. I believe that's 47. June 22nd, the day before this first press release, "Fox 10 has learned from multiple sources the son of U.S. Senator Jeff Flake and his son's wife were in charge of caring for the 17 dogs who died at Green Acre." Senator Flake's office released the following statement: "I learned of this tragic accident yesterday. I can't imagine the devastating loss these families are experiencing. My heart goes out to the owners who lost their beloved pets." His own office released a statement making the

1  connection.

2       Now, the assertion that the fact that the charges were

3  subsequently withdrawn and not re-filed proves anything, simply

4  not the case.  Let's take a look at that press release from the

5  Maricopa County Attorney's Office, Number 13.  Keep in mind,          04:22PM

6  what matters for a charge of malicious prosecution against a

7  police agency is what information they gave to the prosecutors,

8  not what information the prosecutors decided to present to the

9  Grand Jury.  Different issue altogether.

10      So Mr. Montgomery says, "After thoroughly reviewing          04:23PM

11  the records and fairly considering the points raised in recent

12  defense motions, the theory of the case as originally presented

13  to the Grand Jury," the theory of the case as originally

14  presented to the Grand Jury, presented by the County attorney,

15  "did not take into account the possibility there were issues          04:23PM

16  with an air conditioning unit, said the Maricopa County

17  Attorney Bill Montgomery.  This could impact the Grand Jury's

18  charging decision and how we might present a case to a trial

19  jury."

20      Look carefully at what it is he said.  He didn't say          04:24PM

21  despite the suggestion, the implication presented to you that

22  it was something else, he didn't say we didn't get good

23  information from the sheriff's office.  He didn't say the

24  sheriff's office lied to us.  He didn't say that the sheriff's

25  office omitted information from its report to us.  He didn't          04:24PM

say any of those things.  He was talking about the county

attorney's theory of the case.  That doesn't create a malicious

prosecution claim against the sheriff.  Whatever it may mean

with respect to the county attorney's office, it doesn't create

a malicious prosecution claim against the sheriff. 04:25PM

So the publicity was heavy, intense, before Maricopa

County Sheriff's Office ever said anything.  It was the media,

it wasn't MCSO, that linked these events to the senator.  It

was the media, not MCSO, that inflamed the public.  Basically,

MCSO communicated four times, maybe five if you want to include 04:26PM

the thing about the searching for the missing dog:  Once when

the investigation began, June 23rd; once when the search

warrant was executed, July something; a couple of weeks after

the charging recommendation was made, September 9, I think; and

after the charges were dropped, December. 04:26PM

And, by the way, when you keep being shown, as we have

seen repeatedly through this trial, and you just were shown

again, that picture of the sheriff at the June 23rd press

whatever it was, holding up which has been characterized

throughout the trial and today as the sheriff showing pictures 04:27PM

of dead dogs to the media, you didn't see that in the picture.

What you saw was the sheriff holding up a sheet of photos.  You

didn't see him show any pictures of dead dogs.

Could MCSO have, if it wanted publicity, and if it

wanted to link people and things and events, could it have done 04:27PM

1   things different?  Yeah.  It could have arrested Mr. Flake and

2   Ms. Brown.  It could have run a continual stream of press

3   releases.  Again, there were basically four.  It could have

4   handled it a lot different, but it didn't.

5       Finally, defendants told you when they testified that    04:28PM

6   finding the 21 dead dogs was the worst day of their lives.

7   We're not going to dispute that.  That may well have been.  But

8   it was that event which was immediately -- first of all, there

9   were a lot of angry people.  There were a lot of press reports.

10  It's a big deal.  There was a lot of publicity.  That was what    04:28PM

11  they told you was the worst day of their lives, not the

12  recommending of the criminal charges.  Not the indictment.  And

13  what made it so, I understand that, was the dogs and the

14  reaction.  There was intense reaction.  They were hurt and

15  upset by their experiences since the death of the dogs, yeah.    04:29PM

16  But that was the result of the death of the dogs.  MCSO didn't

17  cause that.  Maricopa County didn't cause it.  The defendants

18  didn't cause that.  They were hurt and upset because 21 dogs

19  died on their watch and there was intense reaction to it.  The

20  media is still talking about it, yeah.  I assume the media is    04:30PM

21  here because of this trial.

22      Finally, the judge has instructed you that the only

23  damages that could be awarded, if you decided that there was

24  liability on the part of the defendants, would be damages --

25  would be emotional harm and damage to reputation.  I will tell    04:30PM

1   you, there's been no evidence in this case of any damage to

2   reputation.  Nobody has come in and testified that they think

3   less of either Mr. Flake or Ms. Brown as a result of this.  And

4   if there's been anything in the media about that, again, it's

5   been a result of the general publicity.                    04:31PM

6          The critical point, were they hurt by these events, by

7   the death of these dogs?  Sure.  Nobody would deny that.  Have

8   they suffered as a result?  Yeah.  But there's one claim and

9   one claim only in this case, and that is malicious prosecution.

10  And plaintiffs cannot establish malicious prosecution unless,   04:31PM

11  one, defendant acted for some purpose other than to bring

12  people they thought committed crimes to justice.  And they

13  can't establish a case for malicious prosecution unless either

14  MCSO's desire, the sheriff's desire to have the proceedings

15  initiated by the prosecutor was the prosecutor's determining   04:32PM

16  factor; or the sheriff knowingly furnished false or materially

17  incomplete information to the prosecutor.

18         None of those things occurred.  And we hope that you

19  will consider that.  We know you are going to give fair review

20  and fair consideration of the claims, of the defenses, and     04:33PM

21  reach a fair result.  Thank you.

22         THE COURT:  All right.  The plaintiff may give a

23  rebuttal and then the jury will retire to deliberate.

24         MR. MONTOYA:  May I have a moment, Your Honor?

25         THE COURT:  Just take a minute.                     04:33PM

1    MR. MONTOYA:  Jeff Leonard just told you, anything

2 missing?  It's all here.  This is his exhibit, not mine.  Just

3 a couple seconds ago you saw me.  I was about to give it back

4 to him then I decided not to because he says it's all here.

5 Nothing is missing.  Where's the chart that Trombi made?  Part          04:34PM

6 of the instructions say that there has to be a full and

7 truthful disclosure.  Full and truth truthful.  Mr. Leonard

8 says this is it.  Where's the chart that stretches from over

9 there to either over there or over here?  It's missing.  So

10 it's not full, which strongly suggests that it's not truthful.          04:35PM

11    The graph that Steinberg made.  She testified she and

12 her boss made it.  Where's that?  This isn't full.  This is

13 missing that, too.  Suggest it's not truthful.  They are hiding

14 something from you.

15    They keep on talking about the A/C.  Oh, this doesn't           04:35PM

16 show the A/C went out, the west A/C went out?  It shows it was

17 both -- now he's saying, for the first time, it's not in the

18 Hogge report.  It's not anywhere else.  For the first time now

19 Mr. Leonard has said, oh, the east A/C went out, too.  Who

20 testified to that?  Where's the evidence that the east air           04:36PM

21 conditioner went out too?  There's no evidence of that.  He

22 just made that up.  This doesn't suggest that.

23    Notice another thing that he omitted.  Another big

24 zero.  There's nothing.  Remember I talked to you about Logan

25 and Austin's credibility?  Why not believe them?  Hey, listen,           04:36PM

they say they turned off the A/C at 6, or the electricity at 6

because of the sparking wire.  They say that sometime after 11

p.m., because that's when they went in there the last time, the

A/C must have went out, must have gone out, because when they

got up in the morning it was super hot in there and the dogs          04:37PM

were dead and dying, why not believe them?  They have never

lied before.  They have no criminal background before.  This

supports them.  Why not believe them.  Why call them liars?

That's evidence of malice.  Malicious prosecution.  The judge

has already said there wasn't any probable cause.                     04:37PM

          Here's what makes it malicious, that they suggest they

are liars even though they have no evidence that they are

lying.  In fact, as I think everyone has to admit, all the

evidence is they are telling the truth.  The records indicate

they are telling the truth.  Hogge says that the system froze          04:38PM

up and was rendered -- it's very likely the system was

completely ineffective.

          Here's something else that's kind of strange.  You

know, in order -- they were abusing language.  Do you

remember -- I remember years ago -- showing my age -- a                04:38PM

politician said it depends what "is" is.  You have heard of

double speak.  Oh, the A/C is working.  They claim, oh, it's

working.  But it's frozen.  The coil is frozen and it's been

rendered completely ineffective.  That is double speak.  That's

evidence of malice.  The strongest evidence of malice is the          04:38PM

1   lack of evidence that these kids did anything wrong.  The A/C

2   went out.  God, why -- the only reason we're talking about why

3   the A/C went out is because it shows they are lying.  Because

4   Trombi already had to admit that they couldn't be held

5   responsible for the A/C because it wasn't their house.  They,        04:39PM

6   like most, hopefully, I hope my kids want to help me if I leave

7   town and I need them to take care of my house.  That's all they

8   did wrong.  Trombi admits that.  Steinberg admits that.  But

9   they are not responsible for the A/C, so why do they keep on

10  lying about this?  They are trying to cover for what they did.      04:39PM

11  And what they did is wrong.  And what they did is destructive.

12          The Hogge report, here it is again, Page 36.  That's

13  the page that Mr. Leonard cited to you, or it's the conclusion

14  section.  Let's look at that page.  Because that page, I'm very

15  familiar with it.  That page repeats what he said to begin         04:40PM

16  with.

17          This is the last page of the Hogge report.  See

18  conclusions, comments, his stamp.  He also speaks in the second

19  to the last page, he ends kind of where he began:  A plugged

20  return filter will cause a number of problems including the         04:40PM

21  very likely condition of freezing, the interior coil freezing

22  and rendering the unit completely ineffective.  And that's

23  exactly what he said at the beginning.  But yet they tell you

24  that this is proof that the A/C was working in the dog room all

25  night.  It's not proof of that.  It's proof of the opposite.       04:41PM

          But why are they citing this as evidence against my
clients anyway?  They keep on telling you about the Hogge
report, the Hogge report.  You know what?  The Hogge report is
irrelevant as to these two.  Trombi admitted she wasn't blaming
them for the A/C system or the ventilation system.  So the                04:41PM
Hogge report doesn't support any criminal charges against Logan
or Austin.  And that's also true.  Dr. Mangone didn't testify
to you.  I don't know why.  Hogge did.  For some reason they
didn't bring him.  I was kind of hoping they did because I had
a lot of questions for him.  The judge asked a really good                04:42PM
question of Trombi in reference to the Mangone report:  In my
opinion, the deaths were the direct result of the negligent
actions of the owners of Green Acre and the caretakers that
were on site the night of the accident.  See that word, the
result of negligent actions.  Well, guess what?  The judge has            04:42PM
instructed you, as a matter of law in the probable cause
instruction, that negligence isn't enough to support a felony.
That's the reason why he said he found there was no probable
cause.  You know what?  The best evidence of malice is the lack
of evidence.  Why would they prosecute someone for 21 felonies            04:42PM
without a shred of evidence other than for publicity or perhaps
Trombi's own independent agenda that she's a dog lover who
takes passion in her work.  Let me tell you, people who are
passionate about their work, they are not the most objective
judges of whether or not other people are guilty of felonies.            04:43PM

1    Now, Steinberg did testify that she spoke to her

2  supervisors.  She even testified that she spoke to Bill

3  Montgomery.  And Bill Montgomery approved his office's seeking

4  an indictment from the Grand Jury.  But do you remember I asked

5  her, it was just yesterday, you gave him all the information he    04:43PM

6  relied on when you gave the approval, right?  Yes.  Trombi gave

7  the bad information to Steinberg.  Steinberg gave the bad

8  information to Montgomery.  Junk in, junk out.  Steinberg

9  admitted she could indict a ham sandwich, that even a lousy

10  prosecutor can indict a ham sandwich.  They say that Bill    04:44PM

11  Montgomery's dismissal was irrelevant.

12    But he also says why he dismissed or why he asked the

13  Court.  Remember the chronology of this.  Logan and Austin's

14  defense lawyer files a big old fat motion, Exhibit Number 2,

15  with this data.  And instead of responding to it, we oppose it.    04:44PM

16  We don't agree with it.  What does Bill Montgomery do?  He

17  files -- he directs Shawn Steinberg to file her own motion.

18  That's Exhibit Number 12, Plaintiffs' Exhibit Number 12.  Here

19  it is.  Remember that, State's Motion to Dismiss.

20    The government got the defense lawyer's motion, and    04:45PM

21  instead of opposing it with qualifications, or agreeing with it

22  with qualifications the government surrendered and actually

23  moved the Court to dismiss signed by Shawn Steinberg.  There's

24  her electronic signature, as she admitted.

25    Now, oh, Mr. Leonard tells you, not very candidly, as    04:46PM

1    I hoped to show you, that oh, it's no big deal.  It means

2    nothing.  What did he just tell you?  That Montgomery's

3    decision to dismiss wasn't a big deal.  It wasn't a big deal?

4    If it wasn't a big deal why has that never happened to

5    Steinberg before?  Guess what?  It wasn't a big deal?  Do you          04:46PM

6    think they would agree that it wasn't a big deal?  The victims

7    of the false indictment thought its dismissal was a really big

8    deal.

9            MR. LEONARD:  Your Honor, that isn't what I said.

10           THE COURT:  It's argument.                                     04:46PM

11           MR. MONTOYA:  Now, here's what Bill Montgomery said,

12   once again:  "After thoroughly reviewing the records and fairly

13   considering the points raised in recent defense motions, the

14   theory of the case initially presented to the Grand Jury did

15   not take into account the possibility that there were issues          04:47PM

16   with the air conditioning unit."  Hey, well come on.  Let's

17   take a look.  Exhibit Number 2.  Look at it when you go into

18   the Grand Jury room.  It looks like this.  You have seen it

19   before.  Remember we were talking about Dennis Wilenchik,

20   attorneys for Austin and Logan Flake, motion to remand the            04:47PM

21   Grand Jury.  Remember Trombi told you she pulled it off the

22   internet and read it?  Well, God, what are the theories in

23   here?  Here's the theory.  Detective Marie Trombi not only

24   provided false testimony to the Grand Jury twice about this

25   under questioning by the prosecutor, but she provided false          04:47PM

1  testimony when a grand juror asked her about this issue

2  directly.

3          MR. LEONARD:  Your Honor --

4          MR. MONTOYA:  After immediately finishing testimony.

5  That's on Page 2 of the motion.                              04:47PM

6          MR. LEONARD:  Your Honor, this is a lawyer's argument

7  in here.

8          THE COURT:  That's exactly what it is and that's

9  exactly what is permitted at this stage of the proceeding.

10         MR. MONTOYA:  Yeah.  That's what it is.  That's what   04:48PM

11 Bill Montgomery -- hey, listen, I'm not the one who dismissed

12 this case.  Bill Montgomery did.  And I'm not the one who

13 explained why the case was dismissed.  Bill Montgomery did.

14 Not me.  Don't get mad at me.  I didn't do it.  I'm not the

15 county attorney.  I'm not the one who identified the defense   04:48PM

16 motion that in the very second page says exactly what I have

17 been saying:  Trombi lied.  That's why the county attorney

18 dismissed the case.  But, yet, they tell you, it's not a big

19 deal.  You know what that is?  That's kind of like, oh, the A/C

20 was working even though the coil was frozen and it was         04:49PM

21 completely ineffective.  Oh, the charges against these poor

22 young people were dismissed voluntarily by the man in charge

23 but it wasn't a big deal.  Yeah, right.  That's double speak.

24 In order to believe them that is double speak and that shows

25 their dishonesty betrays their malice.  Sheriff Arpaio -- he   04:49PM

also told you, Mr. Leonard, just got finished telling you, oh,

Sheriff Joe, he wasn't showing pictures of the dead bodies.

How can he say that?  This is admitted into evidence.  This is

Exhibit Number 18.  "Then-Sheriff Arpaio holds up photos of

dogs found dead at the Gilbert boarding service in June of

2014."

04:49PM

            THE COURT:  Mr. Montoya, it's 10 minutes to 5, so you

have 10 more minutes.

            MR. MONTOYA:  Yes.  Understand.  Thanks for the

reminder.

04:50PM

            "Dog deaths at Gilbert boarding site.  Sheriff Arpaio

holds up photos Monday, June 23rd, of dogs found dead."  What's

that all about?  That's exactly what he did on the Monday after

the dogs died.  He used it as a platform for publicity without

any evidence.  Couldn't even specify one shred of evidence when

04:50PM

I asked him.  In his deposition, remember I said, remember in

your deposition I asked you if you could give us one specific

fact in support of your recommendation of 21 felonies?  He said

no.  Then after the passage of a year I asked him again, think

he would have prepared, thought maybe he would have something.

04:51PM

No, I'm not involved in the nuts and the bolts.  Hey, come on.

Here's a common sense principle.  If you don't know the facts,

sit down and shut up and let somebody else who does know the

facts speak.  Don't get up there and say two young people who

had never been accused of criminality in their lives, you are

04:51PM

1  very confident you have the proper evidence that they are

2  repeated felons and not have the facts?  Come on, if you are

3  going to do that in front of the press and one of them is a

4  senator's son and it's going to be smeared all over the

5  internet, at least have some facts.  People have cheat sheets.        04:51PM

6  I have notes.  Before I got up here, won't surprise you, I made

7  notes.  I made a summary to remind me.  Why couldn't Sheriff

8  Arpaio do that?  Because he only wanted publicity.  He used

9  this as a publicity vehicle.  That's why he had repeated press

10 conferences.  That's why he had repeated press releases.               04:52PM

11 That's why he goes to speak to the press at the execution of

12 the search warrant even though he doesn't help.  This is all

13 about publicity.

14        You know, we mentioned when we were talking to Sheriff

15 Arpaio, former Sheriff Arpaio, that he is the former sheriff.         04:52PM

16 We have a new sheriff.  How many times have you seen him on TV

17 talking about some horrible crime?  I can't think of any that I

18 have seen him on TV.  I saw him on TV when he won the election,

19 and that's the last I have seen of the guy.

20        Let me ask you this --                                        04:53PM

21        MR. LEONARD:  Your Honor, there's no evidence to

22 support that statement.

23        MR. MONTOYA:  Just asking on their own experience,

24 Your Honor.

25        THE COURT:  It's borderline, but that's stricken.  So          04:53PM

1  you may continue.  You are not allowed to speak about your own

2  experience or views.

3       MR. MONTOYA:  Understand.

4       Scanning your experience, you can take your own

5  experience into the jury room.  And ask yourself how many times      04:53PM

6  you have seen the new sheriff saying that he has proper

7  evidence that someone is a 21-count felon.  Remember we also

8  have chief of police if you are from Phoenix or live in the

9  Phoenix media area.  When is the last time you have seen her?

10 She's a tall lady.  When is the last time you have seen her         04:53PM

11 accusing someone of 21 felony counts?  That's unique to the

12 celebrity.  Remember I asked him how many times have you been

13 interviewed?  He gave me something specific on that one, didn't

14 he:  5,000 interviews.  And he mentioned that some of them were

15 international.                                                       04:54PM

16      So there's no evidence.  And the absence of evidence

17 makes it malicious.  The absence of evidence coupled with the

18 constant attempt to use this as a platform for publicity makes

19 it malicious.  The judge has already said, hey, there was no

20 probable cause.  There were damages.  They can't dispute there      04:54PM

21 were damages.  Did they testify that the worst day of their

22 lives was when the dogs died?  Yeah, they did.  They both did.

23 Good for them.  That means they put dead, innocent animals

24 above what happened to them.  That's a good thing.  That

25 actually shows that they are honest and it shows they cared         04:55PM

1  about those animals.  Don't ever forget that one of those

2  animals was Logan's family dog, Patrick.  Did they think they

3  were placing the animals in harm's way?  Yeah, they wanted to

4  kill their own dog.  They thought it was safe.  There's no

5  evidence to the contrary.  The independent judgment, junk in,  04:55PM

6  junk out.  Do you really seriously believe for a millisecond

7  that the county attorney would have brought this before the

8  Grand Jury without Trombi's strong recommendation that she

9  hand-walked in there with her passion for her work?  The only

10 reason the county attorney prosecuted because this case was   04:55PM

11 handed to them after an extensive investigation by the

12 sheriff's office.  That's the only reason.  They would have

13 never done it on their own.  Once they found out the true facts

14 when these two young people had to get their own lawyer, the

15 guy in charge dismissed the case based upon the arguments of   04:56PM

16 defense counsel that accused Trombi of being a liar.  And guess

17 what?  If Trombi lied, Steinberg must have lied, too, because

18 Steinberg, her testimony was the mirror image of Trombi's.  She

19 justified this the same way that Trombi did.  Oh, no, this

20 shows it was working all night.  Oh, frozen doesn't mean        04:56PM

21 doesn't work.  It can be frozen and totally ineffective but

22 it's still working.  They said the same exact thing.  That

23 shows their bad faith and that they ought not to be believed.

24       The full and fair disclosure, we have talked about

25 that.  The foot long, several feet long graph, what did that    04:57PM

show?  Are you curious what that showed?  Are you curious about

the graph that Steinberg and her boss allegedly created?  Don't

you wish you could see what that said?  They didn't want you to

see what it said so they hid it from you.  But then they have

the audacity to say that's a full and fair disclosure.          04:57PM

Remember the judge's jury instructions say that there is no

independent prosecutorial defense if there wasn't a full and

fair disclosure.  They have admitted that there was no full and

fair disclosure because they haven't produced these records to

you.  And you can only guess what they say.                     04:58PM

       MR. LEONARD:  Your Honor.

       THE COURT:  What?

       MR. LEONARD:  This is totally unsupported.

       THE COURT:  Overruled.  And one minute left.

       MR. MONTOYA:  Yes.  I am going to end where I started.  04:58PM

I have already told you what the case isn't about, because it's

about the absence of evidence, the absence of a shred of

evidence against these two.  Now let me tell you what it is

about, where I started.  It's about the power of government to

crush a private citizen's life.  That's what this case is       04:58PM

really about:  No evidence; tons of publicity; power of the

Grand Jury; indict a ham sandwich; based on no evidence;

distort the evidence; lie about the evidence; crush somebody's

life.

       This poor kid in the suit, he still hasn't got over      04:59PM

 1   this.  He's still on anti-depressants and anti-anxiety

 2   medicines.  And do you remember the TMS treatment that he's

 3   still on?  He still hasn't graduated from college.

 4          THE COURT:  Your one minute is more than up.

 5          MR. MONTOYA:  That's what this case is about,          04:59PM

 6   government abuse.  And here's what this case should end up --

 7          THE COURT:  Thank you, Mr. Montoya.  You are finished.

 8          (Excerpted proceedings concluded at 4:59 p.m.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5                    C E R T I F I C A T E

6

7            I, LAURIE A. ADAMS, do hereby certify that I am duly

8    appointed and qualified to act as Official Court Reporter for

9    the United States District Court for the District of Arizona.

10           I FURTHER CERTIFY that the foregoing pages constitute

11   a full, true, and accurate transcript of all of that portion of

12   the proceedings contained herein, had in the above-entitled

13   cause on the date specified therein, and that said transcript

14   was prepared under my direction and control.

15           DATED at Phoenix, Arizona, this 20th day of December,

16   2017.

17

18                            s/Laurie A. Adams
                              _____
19                            Laurie A. Adams, RMR, CRR

20

21

22

23

24

25