Jeffrey S. Leonard (SBN 003809)
Jeffrey.Leonard@SacksTierney.com
Evan F. Hiller (SBN 028214)
Evan.Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake,<br><br>    Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio; et al.,<br><br>    Defendants. | No. CV-15-01132-PHX-NVW<br><br>**STATUS REPORT** |

In its minute entry order of December 14, 2017 (Doc. 184), the Court directed that:

- Counsel cooperate to find out the whereabouts of the many feet-long chart or outline of the case provided by the County Sheriff's Office to the County Attorney, and if in existence, provide to Mr. Montoya; that

- If the document is not found, determine what happened to it, why it was not maintained, and who was responsible for its preservation; that

- The parties investigate the status of the graphic power consumption chart prepared by Ms. Steinberg and her staff which was not presented to the Grand Jury; and that

- If found, the document should be provided to Mr. Montoya, and if not found, a determination should be made as to why it was not preserved and who was responsible.

The Court "[did] not set a time frame for the completion of this investigation at this time, but rather advises the parties to update the Court as to the status within a few days so that a determination of a reasonable schedule can be made."

1996736.v1

Counsel for Defendants advise the Court that they have been engaged in the very tasks the Court set, that is, attempting to determine the whereabouts and status of the chart or charts referred to. Counsel further advise the Court that, principally as a consequence of holiday schedules and the absence of certain personnel at MCSO and MCAO, that task has not yet been completed. Counsel believes that it is reasonable to believe that the task can be completed by the end of next week, that is, by January 5, 2018.

DATED December 27, 2017.                    SACKS TIERNEY P.A.

                                              *s/Jeffrey S. Leonard*
                                              Jeffrey S. Leonard
                                              Evan F. Hiller
                                              Attorneys for Defendants

1996736.v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen Montoya
Richard Trujillo
MONTOYA, LUCERO & PASTOR, P.A.
The Great American Tower
3200 North Central Avenue, Suite 2550
Phoenix, AZ 85012
*Attorneys for Plaintiffs*

s/ Frances Fulwiler

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1996736.v1