Stephen Montoya (#011791)
Richard J. Trujillo (#002730)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake, <br><br> Plaintiffs, <br><br> vs. <br><br> Joseph Michael Arpaio, et al., <br><br> Defendants. | No. CV 15-01132-PHX-NVW <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** |

On January 12, 2018, on its own Motion, this Court issued an Order to Show Cause directing Plaintiffs to show why Defendants' Status Reports are not an adequate explanation of the questions raised in the Court's Order of December 14, 2017.

On February 22, 2017, the Court scheduled a hearing on its Order to Show Cause.

Whenever a Court schedules a hearing asking a party to "show cause," the party is customarily entitled to file a hearing memorandum in advance of the hearing to assist the Court's consideration of the issue to be adjudicated (and to create a complete record for appeal).

Defendants' opposition to Plaintiffs' Hearing Memorandum is yet another attempt by Defendants to obscure the truth by preventing both the Court and Plaintiffs from discovering the facts surrounding the various documents that Defendants failed to produce in pretrial discovery.

In light of Defendants' failure to produce relevant documents and consistent refusal

to disclose foundational information about the belatedly produced documents, one must ask, "what are Defendants trying to hide?"

Under the circumstances, Defendants' Motion to Strike should be denied.

Respectfully submitted this 1st day of March 2018.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorneys for Plaintiffs

I hereby certify that on March 1, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Jeffrey S. Leonard
Evan F. Hiller
Sacks Tierney, P.A.
4250 North Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251
Attorneys for Defendants

_____

2