Stephen Montoya (#011791)
Richard J. Trujillo (#002730)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
rjtazlaw@gmail.com
stephen@montoyalawgroup.com

Attorney for Plaintiffs

Jeffrey S. Leonard (#003809)
Evan F. Hiller (#028214)
**Sacks Tierney, P.A.**
4250 North Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251
480-425-2600 (telephone)
Jeffrey.Leonard@SacksTierney.com
Evan.Hiller@SacksTierney.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Austin Flake and Logan Flake, | No. CV 15-01132-PHX-NVW |
|---|---|
| Plaintiffs, | |
| vs. | **JOINT SUBMISSION REGARDING ADDITIONAL DISCOVERY** |
| Joseph Michael Arpaio, et al., | |
| Defendants. | |

Pursuant to the Court's <u>Order</u> of March 20, 2018, the parties were not able to agree on a form of order reflecting this Court's <u>Order</u> allowing additional discovery regarding the power consumption charts. Accordingly, the parties submit the following proposed forms of order regarding additional discovery.

**MONTOYA, LUCERO & PASTOR**
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

## PLAINTIFFS' PROPOSED FORM OF ORDER

- Deposition of Jim Young regarding the power consumption charts;

- Deposition of Marie Trombi regarding the power consumption charts;

- Deposition of Shawn Steinberg regarding the power consumption charts;

- Deposition of Robert Kalinowski regarding the power consumption charts; and

- The production by Defendants of any documents reflecting communications regarding the power consumption charts authored or reviewed by any of the above deponents.

If any party discovers other information in the course of this discovery that they believe warrants additional discovery, they reserve the right to seek the Court's permission to pursue it.

## DEFENDANTS' PROPOSED FORM OF ORDER

- Limited, focused depositions of the following, concerning the power consumption charts: who prepared them, what Det. Marie Trombi's participation was, either as providing source information or reviewing it, or who was involved at the Maricopa County Attorney's Office:

  - Jim Young
  - Marie Trombi
  - Shawn Steinberg
  - Robert Kalinowski

- The production of communications between Det. Marie Trombi and prosecutors concerning the power consumption charts.

If any party discovers other information in the course of this discovery that they believe warrants additional discovery, they reserve the right to seek the Court's permission pursue it.

Respectfully submitted this 27th day of March 2018.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
Richard J. Trujillo
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorneys for Plaintiffs

**SACKS TIERNEY, P.A.**

s/ Jeffrey S. Leonard (with permission)
Jeffrey S. Leonard
Evan F. Hiller
4250 North Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251
Attorneys for Defendants

1  I hereby certify that on March 27, 2018, I electronically transmitted the foregoing
2  document to the Clerk of Court using the CM/ECF System for filing and transmittal of a
   Notice of Electronic Filing to the following registrants:

3

4  Jeffrey S. Leonard
   Evan F. Hiller
5  Sacks Tierney, P.A.
   4250 North Drinkwater Blvd., 4th Floor
6  Scottsdale, Arizona 85251
   Attorneys for Defendants
7

8  Stephen M. Dichter
   Daniel B. Bernardone
9  Christian Dichter & Sluga, P.C.
10 2700 North Central Avenue, Suite 1200
   Phoenix, Arizona 85004
11 Co-Counsel for Defendant Marie Trombi

12

13

14  _____
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012