**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| U.S. District Judge: Neil V. Wake | Date: March 29, 2018 |
| Case Number: CV-15-01132-PHX-NVW | |
| Flake, et al v. Arpaio, et al | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Stephen G. Montoya | Jeffrey S. Leonard |
| | Richard J. Trujillo | Evan Franklin Hiller |
| | | Stephen M. Dichter |

**STATUS HEARING:**

This is the time set for Status Conference. The Court advises the parties that in addition to setting a trial date, it will address entering judgment and outstanding discovery issues.

Discussion held regarding entry of judgment.

Arguments heard as to the parties' *Joint Submission Regarding Additional Discovery*, (Doc. 222).

**IT IS ORDERED** adopting the Defendants' proposed language as to additional discovery regarding the power consumption charts. Defendants are directed to submit a form of order by **April 2, 2018**.

Mr. Dichter addresses the Court regarding the Court's order of August 31, 2017, granting summary judgment as to Defendant Marie Trombi, (Doc. 134), later vacated (Doc. 182). The Court will allow Mr. Dichter to brief the issue in no more than two (2) pages for the Court's consideration.

**IT IS FURTHER ORDERED** setting jury trial for **8:45 a.m on July 5, 2018**. The Court limits the length of trial to no more than four (4) days. Formal order setting pretrial deadlines to follow.

Discussion held regarding time needed to complete discovery.

**IT IS FURTHER ORDERED** that discovery be completed and any memorandum in support of a motion for new trial by Plaintiffs be filed by **May 11, 2018**. Defendants may respond by **May 25, 2018**; Plaintiffs' reply due by **May 30, 2018**.

| | |
|---|---|
| Deputy Clerk: Rebekka Walder | **45 min** |
| Court Reporter: Laurie Adams | **Start: 10:04 AM** |
| | **Stop: 10:49 AM** |