IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio, in his official capacity as Sheriff of the Maricopa County Sheriff's Office, and in his personal capacity along with his wife Ava J. Arpaio; Maricopa County, a political subdivision of the State or Arizona; Marie Trombi, in her personal capacity,<br><br>Defendants. | No. CV-15-01132-PHX-NVW<br><br>**ORDER** |

Pursuant to the Court's minute order of March 2, 2018 (Doc. 218), the Court grants in part and denies in part Plaintiffs' Second Motion to Compel (Doc. 207), as follows:

Plaintiffs may take limited, focused depositions of Jim Young, Marie Trombi, Shawn Steinberg, and Robert Kalinowski, concerning the power consumption charts produced by Defendants pursuant to the Court's Order as reflected in the minutes of Trial Day 6 (Doc. 184), as to the following subjects: who prepared the charts; the participation of Det. Marie Trombi, either as providing source information or reviewing them, and who was involved at the Maricopa County Attorney's Office. These depositions shall be completed no later than May 11, 2018.

Defendants shall also produce to Plaintiffs, prior to the above depositions, all

documentary evidence of communications between Det. Marie Trombi and prosecutors concerning the power consumption charts.

Dated this 3rd day of April, 2018.

Neil V. Wake
Senior United States District Judge