# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake, et al., | **NO. CV-15-01132-PHX-NVW** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Joseph M Arpaio, et al., | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 6, 2018, judgment is entered in favor of defendants Joseph Michael Arpaio, Ava J. Arpaio, and Maricopa County and against plaintiffs Austin Flake and Logan Flake.

                                    Brian D. Karth
                                    District Court Executive/Clerk of Court

April 6, 2018

                                    s/ Sara L. Quinones
                              By  Deputy Clerk