1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   Austin Flake and Logan Flake, husband and          No. CV-15-01132-PHX-NVW
    wife,
10                                                      **ORDER**
                            Plaintiffs,
11
12  v.

13  Joseph Michael Arpaio, in his official
    capacity as Sheriff of the Maricopa County
14  Sheriff's Office, and in his personal
    capacity along with his wife Ava J. Arpaio;
15  Maricopa County, a political subdivision of
    the State or Arizona; Marie Trombi, in her
16  personal capacity,

17                          Defendants.

18

19          The Court has given Plaintiffs numerous opportunities to address the specific

20  federal constitutional rights that Defendant Trombi allegedly purposefully violated and the

21  legal authorities for those rights.  (*See, e.g.,* Docs. 288, 291.)  At the July 6, 2018 further

22  final pretrial conference, Plaintiffs still could not identify, before the July 9, 2018 trial date,

23  evidence supporting a cognizable violation of a federal right.   The trial date will

24  accordingly be vacated, and Plaintiffs will be required to prove to a summary judgment

25  standard that they have material evidence on those essential facts.  Pursuant to Federal Rule

26  of Civil Procedure 56(f), the Court gives notice that it is disposed to grant summary

27  judgment.  Plaintiffs will be ordered to show cause why summary judgment should not be

28  entered in favor of the remaining Defendants.

1       This Order does not prejudice Plaintiffs because the trial is being vacated, Plaintiffs

2   must already be prepared to present their evidence in the first days of trial, and this Order

3   requires them to present only evidence they otherwise would have had to present at trial at

4   that time.  This is more than enough time to do that.

5       IT IS THEREFORE ORDERED that the July 9, 2018 trial date is vacated.  (Doc.

6   281.)

7       IT IS FURTHER ORDERED, pursuant to Federal Rule of Civil Procedure 56(f),

8   that Plaintiffs show cause why summary judgment should not be entered against them for

9   lack of evidence of each and any of the following:

10      (1) Evidence that Defendant Trombi acted with the purpose of depriving Plaintiffs

11          of the federal constitutional right of due process;

12      (2) Evidence that Defendant Trombi acted with the purpose of depriving Plaintiffs

13          of the federal constitutional right of interstate travel;

14      (3) Evidence that Defendant Trombi acted with the purpose of depriving Plaintiffs

15          of the federal constitutional right of gainful employment;

16      (4) Evidence that would make the release condition of approval for interstate travel

17          a deprivation of federal constitutional right to interstate travel, in general or in the

18          actual circumstances of Plaintiffs' case, where permission was granted;

19      (5) Evidence that the release condition of not working in caring for dogs deprived

20          Plaintiffs of the federal constitutional right to employment, including where

21          Plaintiffs never worked in caring for dogs or ever planned to work in caring for

22          dogs; and

23      (6) Evidence that a release condition excluding specific employment is ever a denial

24          of the federal constitutional right to employment when all other employment is

25          available, including every form of employment the plaintiff has ever had.

26      IT IS FURTHER ORDERED that Plaintiffs file their evidence in response to this

27  Rule 56(f) order and any briefing they wish by no later than 5:00 p.m. on July 13, 2018.

28  Defendants may file any further evidence and any brief by noon on July 19, 2018.  No

1    reply evidence is allowed.  LRCiv 56.1.

2         IT IS FURTHER ORDERED that oral argument on this Rule 56(f) order is set for

3    1:30 p.m. on July 20, 2018, which order the Court may vacate after reviewing the parties'

4    filings.

5         Dated this 6th day of July, 2018.

6

7

8                                                     _____
                                                          Neil V. Wake
9                                                 Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28