Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
J.P. Harrington Bisceglia, 026606
jphbisceglia@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Marie Trombi

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Austin and Logan Flake, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph Michael Arpaio; et al.,<br><br>Defendants. | Case No. CV-15-01132-PHX-NVW<br><br>**NOTICE OF SCHEDULING CONFLICT** |

Pursuant to LRCiv 1.1(b), undersigned counsel for Marie Trombi provides notice of a scheduling conflict affecting the date set for oral argument on July 20, 2018 at 1:30 p.m. in this case.

Undersigned counsel has a conflict in another case, on July 20, 2018 at 1:30 p.m., that is set for an Interim Rule 16 Status Conference in the United States District Court, *Jay K. Johari et al. v. City of Tempe,* No. CV-17-00095-PHX-ROS.

RESPECTFULLY SUBMITTED this 18th day of July, 2018.

                        CHRISTIAN DICHTER & SLUGA, P.C.

                        By: /s/ Stephen M. Dichter
                           Stephen M. Dichter
                           J.P. Harrington Bisceglia
                           Attorneys for Marie Trombi

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Stephen Montoya
Richard Trujillo
Montoya, Lucero & Pastor, P.A.
The Great American Tower
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorneys for Plaintiffs

Jeffrey S. Leonard
Evan F. Hiller
Sacks Tierney, P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251-3693
Attorneys for Defendants


/s/ Yvonne Canez