IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio, in his official capacity as Sheriff of the Maricopa County Sheriff's Office, and in his personal capacity along with his wife Ava J. Arpaio; Maricopa County, a political subdivision of the State or Arizona; Marie Trombi, in her personal capacity,<br><br>Defendants. | No. CV-15-01132-PHX-NVW<br><br>**ORDER** |

Having considered the parties' briefings (Doc. 305, 309, 311), the Court concludes that there is no need for further oral argument.

IT IS THEREFORE ORDERED that the oral argument on the Rule 56(f) order set for July 20, 2018 at 2:15 p.m. is vacated.

Dated this 19th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　／s／ Neil V. Wake
　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge