# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake, et al., | **NO. CV-15-01132-PHX-NVW** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Joseph M Arpaio, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 6, 2018, judgment is entered in favor of defendant Marie Trombi and against plaintiffs Austin Flake and Logan Brown. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

August 6, 2018

By    s/ S. Quinones
      Deputy Clerk