Jeffrey S. Leonard (SBN 003809)
Jeffrey.Leonard@SacksTierney.com
Evan F. Hiller (SBN 028214)
Evan.Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
*Attorneys for Defendant Maricopa County*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Austin Flake and Logan Flake,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Joseph Michael Arpaio; et al.,<br><br>　　　　　　Defendants. | No. CV-15-01132-PHX-NVW<br><br>**REQUEST FOR CORRECTION OF OMISSION IN JUDGMENT** |

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, Defendant Maricopa County (the "County") requests that the Court direct the entry of a corrected Judgment in a Civil Case, reflecting dismissal as to the County as well as Marie Trombi.

Rule 60(a) provides, in relevant part, that "[t]he Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, or order, or other part of the record. The court may do so on motion or on its own, with or without notice."

Although the original judgment entered in this case (Doc. 229) entered judgment "in favor of defendants Joseph Michael Arpaio, Ava. J. Arpaio, and Maricopa County," the County remained as a party with respect to the claims asserted against Defendant Marie Trombi. The Final Pretrial Order stated as an issue of law to be determined "Whether Maricopa County is liable for the acts of Marie Trombi as alleged by Plaintiffs under Monnell v. Dept. of Soc. Servs., 436 U.S. 658, 694 (1978)." (Doc. 293, page 6, section E(2)(b)). At the Court's direction, the parties briefed the issue (Docs. 283 and 289).

2179065.v1

The Judgment in a Civil Case entered on August 6, 2018 (Doc. 314) did not, however, address the claim asserted against the County. As a result of the Court's decision as reflected in its Order of August 6, 2018 (Doc. 313), the County requests that the Court order the Clerk to enter a corrected judgment reflecting dismissal as to the County.

Respectfully submitted,

DATED August 6, 2018.                SACKS TIERNEY P.A.

                                     */s/ Jeffrey S. Leonard*
                                     Jeffrey S. Leonard
                                     Evan F. Hiller
                                     *Attorneys for Defendant Maricopa County*

2

2179065.v1

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Stephen Montoya
>Richard Trujillo
>MONTOYA, LUCERO & PASTOR, P.A.
>The Great American Tower
>3200 North Central Avenue, Suite 2550
>Phoenix, AZ  85012
>*Attorneys for Plaintiffs*

>Stephen M. Dichter
>J.P. Harrington Bisceglia
>Christian Dichter & Sluga, P.C.
>2700 North Central Avenue, Suite 1200
>Phoenix, Arizona 85004
>*Attorneys for Defendant Marie Trombi*

*/s/Michelle L. Curtsinger*

2179065.v1