IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake and Logan Flake, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph Michael Arpaio, in his official capacity as Sheriff of the Maricopa County Sheriff's Office, and in his personal capacity along with his wife Ava J. Arpaio; Maricopa County, a political subdivision of the State or Arizona; Marie Trombi, in her personal capacity,<br><br>Defendants. | No. CV-15-01132-PHX-NVW<br><br>**ORDER** |

IT IS HEREBY ORDERED that Defendants' Motion for Correction of Omission in Judgment (Doc. 315) is granted.

IT IS FURTHER ORDERED that the judgment of August 6, 2018, (Doc. 314) is vacated.

IT IS FURTHER ORDERED that the Clerk of Court enter judgment in favor of Defendants Marie Trombi and Maricopa County against Plaintiffs Austin Flake and Logan Brown and that Plaintiffs take nothing.

/ / /

/ / /

/ / /

All claims against all parties having been disposed of, the Clerk shall terminate this case.

Dated this 7th day of August, 2018.

_____
Neil V. Wake
Senior United States District Judge