# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Flake, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>Joseph M Arpaio, et al., <br><br>　　　　Defendants. | **NO. CV-15-01132-PHX-NVW** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 7, 2018, judgment is entered in favor of defendants Marie Trombi and Maricopa County and against Plaintiffs Austin Flake and Logan Brown. Plaintiffs to take nothing, and all claims having been disposed of, this action is hereby terminated.

　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 7, 2018

　　　　　　　　　　　　　　　　　　　s/ Leann Dixon
　　　　　　　　　　　　　　　By　　Deputy Clerk