Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Austin Flake and Logan Flake, | No. CV 15-01132-PHX-NVW |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' NOTICE OF APPEAL** |
| Marie Trombi and Maricopa County, | |
| Defendants. | |

Pursuant to Rule 3, Federal Rules of Appellate Procedure, please take notice that Plaintiffs Austin Flake and Logan Flake hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's following <u>Orders</u> in favor of Defendant Maricopa County and Marie Trombi:

- August 7, 2018 (Clerk's Docket No. 317);
- August 6, 2018 (Clerk's Docket No. 313); and
- August 31, 2017 (Clerk's Docket No. 134).

Respectfully submitted this 31st day of August 2018.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiffs

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

I hereby certify that on August 31, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Jeffrey S. Leonard
Evan F. Hiller
Sacks Tierney, P.A.
4250 North Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251
Attorneys for Defendants

Stephen M. Dichter
J.P. Harrington Bisceglia
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Counsel for Defendant Marie Trombi


Stephen Montoya
_____